# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 9/4/14**

In re:   Case No.:   14–23744 DK    Chapter:  7

| | |
|---|---|
| Stuart Robert Hansen<br>Debtor(s) | Mary Sue Hansen |

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A–J due 09/17/2014**<br>**Stmt. of Fin. Affairs due 09/17/2014**<br>**Means Test Form 22A due 09/17/2014**<br>**Summary of Schedules due 09/17/2014** |
| CONSEQUENCE: | **If the problem is not cured by the date below,**<br>**YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by <u>9/17/14</u>.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Gina Dickerson  410−962−4672

cc:   Debtor(s)
      Attorney for Debtor(s) – George R. Roles

Form ntcddl (03/05)