```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                         Case No. 14-23744-dk
Stuart Robert Hansen                                           Chapter 7
Mary Sue Hansen
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: gdickerso              Page 1 of 1                  Date Rcvd: Sep 04, 2014
                               Form ID: definmgt            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2014.
db/db        +Stuart Robert Hansen,    Mary Sue Hansen,    400 Black Duck Drive,    Centreville, MD 21617-2731
aty          +George R. Roles,    Russack Associates LLC,    100 Severn Avenue,    Suite 101,
               Annapolis, MD 21403-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2014 at the address(es) listed below:
              George R. Roles    george@russacklaw.com,  bk@russacklaw.com,tate@russacklaw.com,
               lori@russacklaw.com,tate@ecf.inforuptcy.com,george@ecf.inforuptcy.com
              Monique D. Almy    malmytrustee@crowell.com,  cbest@crowell.com,malmy@ecf.epiqsystems.com
                                                                                             TOTAL: 2
```

Form definmgt (12/01/2013)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   14–23744 DK     Chapter:   7**

Stuart Robert Hansen                                         Mary Sue Hansen
Debtor(s)

## NOTICE OF REQUIREMENT TO FILE A
## STATEMENT OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in Personal Financial Management and file the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) by **12/15/14** unless an approved provider has notified the Court that a debtor has completed the course.

   The Personal Financial Management Certificate (Official Form 23) is a statement by an individual debtor or joint debtors certifying that they have completed an instructional course in personal financial management from an approved personal financial management provider. It is required to be filed pursuant to Federal Rules of Bankruptcy Procedures, Rule 1007(b)(7). The Financial Management Course is obtained after the bankruptcy petition is filed.

   If the debtor(s) does not file the Personal Financial Management Certificate (Official Form 23) by the due date stated on this notice or the Court has not been notified by an approved provider that the debtor has completed the course, **the case will be closed without a discharge**. The debtor(s) will have to file a motion to reopen the case to allow for the filing of the certificate of completion of a course in Personal Financial Management. The debtor(s) must pay the full filing fee for such motion.

   Information on the Personal Financial Management Course can be found on the U.S. Trustee Program web site: http://www.usdoj.gov/ust/eo/bapcpa/ccde/de_approved.htm

   Please note, the Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Personal Financial Management Course Certification (Official Form 23) is a separate filing requirement.

Dated: 9/4/14

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Gina Dickerson
                                        Team Phone: 410–962–0794