IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re: | * | |
| STUART R. HANSEN and MARY SUE HANSEN, | * | Case No. 14-23744-(DWK) |
| | * | |
| Debtors | | Chapter 7 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Customers Bank f/k/a New Century Bank and, pursuant to Bankruptcy Rules 2002 and 9010(b) and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the person identified below at the following address:

> Marc E. Shach, Esquire (06788)
> Coon & Cole, LLC
> 401 Washington Avenue, Suite 501
> Towson, Maryland  21204
> Telephone:  (410) 244-8800
> Facsimile:  (410) 825-5941
> mshach@ccclaw.net

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

- 1 -

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: September 8, 2014            /s/ Marc E. Shach
                                               Marc E. Shach, Esquire (06788)
                                               Coon & Cole, LLC
                                               401 Washington Avenue, Suite 501
                                               Towson, Maryland  21204
                                               Telephone:  (410) 244-8800
                                               Facsimile:  (410) 825-5941
                                               mshach@ccclaw.net

                                               *Attorney for Customers Bank*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of September, 2014, a copy of the foregoing Notice of Appearance was sent electronically through the CM/ECF system to all parties on the Electronic Mail Notice List for this case.

                                               /s/ Marc E. Shach
                                               Marc E. Shach