UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                        *
                                              *
Stuart Robert Hansen                          *
                                              *
Mary Sue Hansen                               *
                                      *   Case No: 14-23744
                                      *   (Chapter 7)
                                              *
                                              *
                Debtors                       *
*   *   *   *   *   *   *   *   *   *   *   *

## DEBTORS MOTION FOR EXTENSION OF TIME
## TO FILE DEFICIENT DOCUMENTS

Stuart Robert Hansen and Mary Sue Hansen. ("Debtors") by and through their undersigned attorney, George Roles and Russack Associates, LLC ("RAL"), moves, pursuant to Bankruptcy Rules 1007(c) and 9006(b), for an extension of time to file schedules and statements, and in support thereof, states:

1. On September 3, 2014 the Debtor filed a voluntary Petition for Relief pursuant to Chapter 7 of the Bankruptcy Code.

2. An Order was issued requiring that the Summary of Schedules, Schedules A through J, Statement of Financial Affairs, Form 22C (the "deficient documents") be filed with the Court no later than September 17, 2014.

3. Debtor needs to provide extensive documents and Counsel requires time to review those documents.

4. The Debtor therefore seeks a 30-day extension for filing the deficient documents.

WHEREFORE, the Debtor respectfully request the following relief:

A. That the time within which the Debtor has to file the deficient documents, as required by Bankruptcy Rule 1007, be extended 30 days.

B. That Debtor be granted such other and further relief as is just and equitable.

        __/s/ George Roles_  
George Roles #18371  
Russack Associates LLC  
100 Severn Ave. Suite 101  
Annapolis, MD 21403  
410-505-4150  
410-510-1390  
George@russacklaw.com

*Attorney for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 9th day of September 2014, copies of the foregoing Motion for Extension of Time to File Deficient documents was mailed to the following parties by First Class mail:

**Electronic Mail Notice List** - Parties in the case only

- malmytrustee@crowell.com

- George R. Roles     george@russacklaw.com, bk@russacklaw.com;tate@russacklaw.com;lori@russacklaw.com;tate@ecf.inoruptcy.com;george@ecf.inoruptcy.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Ally Financial  
200 Renaissance Ctr  
Detroit, MI 48243-1300

Bank of America  
P.O. Box 982238  
El Paso Tx, 79998-2238

Capital One Bank  
P.O. Box 71083  
Charlotte, NC 28272-1083

Chase  
P.O. Box 15153  
Wilmington, DE 19850-5153

Comenity Bank/Jcrewinc  
P.O. Box 182789  
Columbus, OH 43218-2789

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston, Street
Baltimore, MD 21201-2305

Exxon Moble Citi
P.O. Box 6497
Sioux Falls, SD 57117-6497

Roslyn Hansen
1161 Brian's Way
Wayne, PA 19087-2239

BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, Ohio 43016-0306

Queen Anne's County Finance Office
Attn:  Real Estate Tax Department
107 N. Liberty Street
Centreville, MD

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Roslyn Hansen
1161 Brian's Way
Wayne, PA 19087-2239

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201

Wells Fargo Home Mortgage
P.O. Box 11701
Newark, NJ 07101-4701

                                      /s/George Roles
                                      George Roles