UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| | * |
| Stuart Robert Hansen | * |
| | * |
| Mary Sue Hansen | * |
| | *   Case No: 14-23744 |
| | *   (Chapter 7) |
| | * |
| | * |
| Debtors | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME
TO FILE DEFICIENT DOCUMENTS**

Upon consideration of the Debtors' Motion for Extension of Time to File Deficient Documents, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the time within which Stuart Robert Hansen and Mary Sue Hansen., Inc. ("Debtors") have to file the Summary of Schedules, Schedules A through J, Statement of Financial affairs, Form 22C, as required by Bankruptcy Rule 1007, is hereby extended through and including to the date listed above.

Dated: September 9, 2014

cc:

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Bank of America
P.O. Box 982238
El Paso Tx, 79998-2238

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Chase
P.O. Box 15153
Wilmington, DE 19850-5153

Comenity Bank/Jcrewinc
P.O. Box 182789
Columbus, OH 43218-2789

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston, Street
Baltimore, MD 21201-2305

Exxon Moble Citi
P.O. Box 6497
Sioux Falls, SD 57117-6497

Roslyn Hansen
1161 Brian's Way
Wayne, PA 19087-2239

BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, Ohio 43016-0306

Queen Anne's County Finance Office
Attn:  Real Estate Tax Department
107 N. Liberty Street
Centreville, MD

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street

Baltimore, MD 21201

Roslyn Hansen
1161 Brian's Way
Wayne, PA 19087-2239

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201

Wells Fargo Home Mortgage
P.O. Box 11701
Newark, NJ 07101-4701

**Electronic Mail Notice List** - Parties in the case only

- malmytrustee@crowell.com
- George R. Roles    george@russacklaw.com, bk@russacklaw.com;tate@russacklaw.com;lori@russacklaw.com;tate@ecf.inforuptcy.com;george@ecf.inforuptcy.com

**End Of Order**