Certificate Number: 05781-MD-DE-024140452

Bankruptcy Case Number: 14-23744


05781-MD-DE-024140452

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2014, at 12:01 o'clock PM PDT, Stuart Hansen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: September 8, 2014

By: /s/Allison M Geving

Name: Allison M Geving

Title: President