Certificate Number: 05781-MD-DE-024140454

Bankruptcy Case Number: 14-23744



05781-MD-DE-024140454

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2014, at 12:01 o'clock PM PDT, Mary Sue Hansen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   September 8, 2014            By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President