Signed: September 12, 2014

**SO ORDERED**
**Extension of time is granted to and including October 3, 2014, without prejudice to further extension upon a showing of cause by further motion.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   14–23744 – DK   Chapter: 7

| | |
|---|---|
| Stuart Robert Hansen<br>400 Black Duck Drive<br>Centreville, MD 21617 | Mary Sue Hansen<br>400 Black Duck Drive<br>Centreville, MD 21617 |

## NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
### (for individual debtor(s))

The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file **the Statement of Financial Affairs, Schedules, Statement of Current Monthly Income, and Means Test Calculation** is extended to the date designated above; and it is further

ORDERED, that when filing **the Statement of Financial Affairs, Schedules, Statement of Current Monthly Income and Means Test Calculation,** the Debtor(s) must certify that service of a copy has been made on the Chapter 7 trustee; and

DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor(s)
      Attorney for Debtor(s) – George R. Roles
      Chapter 7 Trustee – Monique D. Almy
      U.S. Trustee

### End of Order

22.3 – *gdickerson*