B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### District of Maryland

In re    **Stuart Robert Hansen,**
        **Mary Sue Hansen,**

Debtors   ,

Case No.   **14-23744**

Chapter   **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,580,000.00 | | |
| B - Personal Property | Yes | 26 | 480,732.18 | | |
| C - Property Claimed as Exempt | Yes | 7 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 6,403,809.42 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 2,578,073.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 736.99 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,713.60 |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 4,060,732.18 | | |
| Total Liabilities | | | | 8,981,882.42 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## District of Maryland

In re  **Stuart Robert Hansen,**
**Mary Sue Hansen,**

                                                    Debtors

Case No. ___**14-23744**___

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to
       report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 736.99 |
| Average Expenses (from Schedule J, Line 22) | 7,713.60 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 448.29 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,760,259.34 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 2,578,073.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 6,338,332.34 |

B6A (Official Form 6A) (12/07)

In re    **Stuart Robert Hansen,**
**Mary Sue Hansen,**
                                                                            Case No. __14-23744__
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family: Primary Residence 6 Bedrooms, 7.5 Baths**<br>**Location: 400 Black Duck Drive, Centreville MD 21617**<br>**Zillow value as of 9/15/2014 = $3,050,000**<br>**Currently listed per realtor opinion of value = $3,250,000**<br>**Certified Appraisal on 8/1/14 = $3,150.00** | **Tenants by the Entirety** | J | 3,150,000.00 | 2,181,517.08 |
| **Commercial Property**<br>**Location: 13 East Central Avenue, Paoli, PA 19301**<br>**may be under sale contract for $430k**<br>**Transferred 6/14** | Fee simple | W | 430,000.00 | 4,182,582.34 |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,580,000.00** | (Total of this page) |
| Total > | **3,580,000.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Stuart Robert Hansen,**
       **Mary Sue Hansen**

Case No.    **14-23744**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash in pocket** | **H** | **6.00** |
| | | **cash in purse** | **W** | **50.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account**<br>**Account Number: xxx-xx4594**<br>**Location: Deutsche Bank Alex. Brown, 1735 Market Street, 24th Floor, Philadelphia PA 19103**<br>**Value as of 8/31/2014** | **J** | **50.02** |
| | | **Checking Account**<br>**Account Number: xxxxxx6968**<br>**Location: Centreville National Bank, PO Box 400, Centreville National Bank 21417-0400**<br>**Balance as of 9/5/2014** | **J** | **2.97** |
| | | **Health Savings Account**<br>**Account Number: xxx-xx4674**<br>**Location: The Bancorp Bank HSA, 409 Silverside Road, Suite 105, Wilmington DE 19809**<br>**Balance as of 9/3/2014** | **J** | **1,208.23** |
| | | **Checking Account**<br>**Account Number: xxx-x-xx7767**<br>**Location: The Bancorp Bank HSA, 409 Silverside Road, Suite 105, Wilmington DE 19809**<br>**Balance as of 9/3/14** | **J** | **1,608.10** |
| | | **Checking Account**<br>**Account Number: xxxxxx5530**<br>**Location: Wells Fargo Bank, N.A., 420 Montgomery Street, San Francisco CA 94104**<br>**Balance as of 8/31/2014 = $7.18**<br>**Wife owns jointly with one non-debtor. Stated value is wife's one-half interest** | **W** | **3.60** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit paid to BMW financial or car lease** | **J** | **3,500.00** |

Sub-Total >     **6,428.92**
(Total of this page)

  **7**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stuart Robert Hansen,**                                    Case No.    **14-23744**
      **Mary Sue Hansen**

                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: household furniture, goods, furnishings and electronics per the attached schedule of household goods as appraised (not including items at SOFA Q. #14 and not listed otherwise on this schedule B). Location: 400 Black Duck Drive, Centreville MD 21617**<br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14** | **J** | **35,000.00** |
| | | **power sprayer**<br>**Valued by creditor's appraisal at $50**<br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **J** | **50.00** |
| | | **Craftsman Mower valued by creditor's appraisal at $250**<br><br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14** | **J** | **250.00** |
| | | **Ridgid 6800 watt generator valued per appraisal at $450**<br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **J** | **450.00** |

Sub-Total >      **35,750.00**
(Total of this page)

Sheet  **1**  of  **7**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Stuart Robert Hansen,**
     **Mary Sue Hansen,**

                                 Debtors

Case No.   **14-23744**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Household goods/furniture/furnishings/electronics valued per the personal property schedules attached Kenmore 2-door fridge $150, Oak side-stand $35, wood/glass coffee table $40, Kitchen-Aid mixer $50, 5-drawer chest $200, (2) ship prints $200, (2) white love seats $150, (3) wooden chairs $90, marble coffee table $100, 4-drawer wooden chest $300, (2) wooden Chinese pictures $50, 32" Sony flat screen tv $125, leather sofa $600, race car picture $50, large wooden desk $150, Yamaha blu-ray player $300, (7) boat naval plaques $350, antique chest $600, dinning rm table/8 chairs $1000, wooden buffet table $300, tractor/farmhouse painting $200, Lenox china & crystal set $200, wooden bed $100, tall wooden foot chest $200, (2) end tables/lamps $80, 4-drawer wooden dresser $300, (2) sitting chairs $100, round table/lamp $90, sm. coffee table/3 drawers $130, wall mirror $100, yellow sofa $75, (2) floral chairs $150, 3-drawer dresser $300, rocking horse $5, wooden bed $50, (3) nightstands/lamps $50, 5-drawer wooden chest $30, wooden desk/chair $25, highback sitting chair $10,<br>Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance | J | 7,035.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art Work/Pictures: Paintings, Pictures, Model Ship, Art Works, various collectibles, per the attached personal property schedules except for property specifically listed elsewhere in this schedule B , Location: 400 Black Duck Drive, Centreville MD 21617<br><br>Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance | J | 3,925.00 |
| | | Collectibles: Wine Cellar and wine per the attached personal property schedules<br>Location: 400 Black Duck Drive, Centreville MD 21617<br><br>Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance | J | 1,500.00 |

                                                  Sub-Total >       **12,460.00**
                                             (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Stuart Robert Hansen,**                                  Case No.   **14-23744**
        **Mary Sue Hansen**

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.  Wearing apparel. | | **All Clothing, Location: 400 Black Duck Drive, Centreville MD 21617** | **J** | **500.00** |
| | | **H = $200**<br>**W = $300** | | |
| 7.  Furs and jewelry. | | **Jewelry Location: Debtors' residence- 14k 2 strand pearls w/ diamond/sapphire clasp $100, diamond engagement ring $500, diamond bracelet $1500, heart-shaped diamond/sapphire pin $450, Gold-filled 11mm bangle $15, charm bracelet, no gold $40, canary diamond earings $550, pearl-like earings $2, Rolex 2tt white face watch $500, sapphire guard ring $25, sapphire/diamond tennis bracelet $350**<br>**1st lien by UCC-1 to Roslyn Hansen $219,561 dated 12/29/11**<br>**2nd line by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14**<br>**Location: 400 Black Duck Drive, Centreville MD 21617** | **W** | **4,032.00** |
| | | **Furs: Mink Fur Coat**<br>**Location: 400 Black Duck Drive, Centreville MD 21617** | **W** | **100.00** |
| | | **Additional jewelry per the attached personal property schedules valuation per pawn liquidation**<br>**Location: 400 Black Duck Drive, Centreville MD 21617**<br><br>**Subject to lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14** | **W** | **1,800.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Hobby:  10 Guitars/mandolins, Keyboard, fender amp.Valued per appraisal and attached personal property schedules**<br>**Location: 400 Black Duck Drive, Centreville MD 21617**<br><br>**Subject to lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **H** | **1,285.00** |

Sub-Total >      **7,717.00**
(Total of this page)

B6B (Official Form 6B) (12/07) - Cont.

In re  **Stuart Robert Hansen,**　　　　　　　　　　　　　　　　　　　Case No.　__14-23744__
　　　 **Mary Sue Hansen**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 ,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Firearms: 2 Shotguns, Rifle Savage .22 cal.  $150, Savage 12 ga.    $200, Browning 12 ga.  $300 Location:Debtor's residence | H | 650.00 |
| | | Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance | | |
| | | Sports: Gauges, Sword, Compass, Fishing Equipment,, Propeller, Plaques, Barometer Location: 400 Black Duck Drive, Centreville MD 21617 | J | 3,000.00 |
| | | Subject to lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14 | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance, no cash value Policy Number: xxxxx2875 Location: Lincoln Financial, PO Box 21008, Greensboro NC 27420-1008 | H | 1.00 |
| | | Term Life Insurance, no cash value Policy Number: xxxx3782 Location: Prudential Life Insurance Company | H | 1.00 |
| | | Term Life Insurance, no cash value Policy Number: xxxx3900 Location: Prudential Life Insurance Company | H | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement account Account Number: xxx-xx4578 Location: Deutsche Bank Alex. Brown, 1735 Market Street, 24th Floor, Philadelphia PA 19103 Value as of 8/31/2014 | W | 88,522.51 |

　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　92,175.51
　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet  __4__  of  __7__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Stuart Robert Hansen,**
    **Mary Sue Hansen**
                                             ,     Case No.   **14-23744**
                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Retirement account**<br>**Account Number: xxx-xx4586**<br>**Location: Deutsche Bank Alex. Brown, 1735 Market Street, 24th Floor, Philadelphia PA 19103**<br>**Value as of 6/30/2014** | **H** | **267,621.75** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Husband and wife own as Tenants by the Entirety 100% of the outstanding stock in Hansen Paper Co., Inc. which is an active corporation but no longer doing business. Balance sheet as of 12/31/13**<br>**Asset:  R/E $, A/R $1,099,835, Cash $80,406, Equip/bldg.$32,689, Inv.$5,625, Advances$850,355**<br>**Liabilities: LT Debt$349,197, ST Debt$2,132,059, A/P$1,881,684**<br><br>**Book value  (-$2,299,655) SUBJECT to a lien or liens of Customers Bank USA which is collecting the A/R** | **J** | **1.00** |
| | | **Husband and Wife, as tenants by the entirety, own 100% of the outstanding stock in Crossbow Trading LTD,  a Penna. corporation which sells bulk paper supply to mfgs.**<br>**Asset: R/E $0, A/R $0, Cash $28,  Equip/Inv.  $0**<br>**Liabilities: LT Debt$0, ST Debt$0, A/P$0, Payroll/Taxes/Current Ops$0**<br><br>**Book value as of 9/3/13  $28.00** | **J** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **I.O.U. from previous contractor** | **H** | **500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                    Sub-Total >     **268,122.75**
                                  (Total of this page)

Sheet __5__ of __7__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Stuart Robert Hansen,**
**Mary Sue Hansen**

Case No. **14-23744**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2011 GMC Sierra 1500 Extended Cab Location: 400 Black Duck Drive, Centreville MD 21617 KBB Fair Trade-In value as of 9/18/2014 Subject to the first lien of Ally Financial of $20,890.00 And 2nd line by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14** | **J** | **15,889.00** |
| | | **Auto: 2013 Subaru Outback Location: 400 Black Duck Drive, Centreville MD 21617 KBB Fair Trade-In value as of 9/18/2014 Wife owns jointly with non-debtor son** | **J** | **16,144.00** |

Sub-Total > **32,033.00**
(Total of this page)

Sheet **6** of **7** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Stuart Robert Hansen,**
**Mary Sue Hansen**

Case No. **14-23744**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | | Boat/Trailer: 2001 26 Foot Regulator with 2007 Ventura Trailer Location: 400 Black Duck Drive, Centreville MD 21617 Value $18k by apraisal 1st lien by UCC-1 to Roslyn Hansen $219,561 dated 12/29/11 2nd line by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14 | J | 18,000.00 |
| | | Boat: 1997 Rigid Wall Inflatable Avon W/15 Yamaha Motor Location: 400 Black Duck Drive, Centreville MD 21617 Value $1000 by apraisal subject ot lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14 | J | 1,000.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Office: Printers, Computers, Fax Machine, Laptop, Apple I-Book, per the attached personal property schedule subject to lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14 | J | 1,180.00 |
| | | Wife's pottery kiln | W | 50.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | family pet dog | J | 0.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Excersize equipment and golf cart utilized by doctor's orders - Golf cart, dumbells, treadmill, eliptical, free weights, massage table, various excersize equipment detailed on the attached Schedule of personal property Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 | J | 5,815.00 |

| | | |
|---|---|---|
| | Sub-Total > | 26,045.00 |
| | (Total of this page) | |
| | Total > | 480,732.18 |

Sheet __7__ of __7__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

①




www.lovepointantiques.net
lovepointantiques@atlanticbb.net
Like me on facebook

418 Main Street
Stevensville, MD 21666
443-221-8787

~~R. Scott Hansen~~

**evied Real Property:** 400 Black Duck Dr. Centreville, MD 21617

**ventoried Items:**

1. 26 Foot Regulator 26FS W/ Twin Yamaha 2 stroke
   SS# DJI26539I001 #MD9276CE
2. Avon Rigid Wall Inflatable Boat W/Yamaha 15 motor W/ Sea Lion Boa
   SS# AVBO9559L697 #MD3820BG
3. EZ Go Workhorse 1200LX Golf Cart
   SS#2025759
4. Southern States 25G Sprayer #4/06
   MOD#LG27-SS
5. Craftsman LT2000 Mower
   SS#082205D002458
6. Ridgid 6,800 watt Generator
   SS#BMR1290037
7. Econo Kiln J18
   SS#41381
8. ~~2006~~ 2007 Venture Dual Action Boat Trailer
   SS#47GRR27227B00027
9. BMW- Blue in color
   VIN#WBA3K5C59EF776205 MDREG# 78M0628 — 3
10. GMC 2500HD- Blue in color
    VIN#1GT121E86BF143845 MDREG#5AK4934 — 4
11. Kenmore- Refrigerator dual door black in color — 50
    SS#4A60201510
12. 5FT GE Deep Freezer — 25

**Room #1 Next to Garage:** — Mamas Rm.

13. Canon PC 1060 Printer
    SS#2TV40242
14. Dell Computer W/ Monitor — 25
15. Dell Computer Tower
16. (1) Oak Table W/ Chair — 10
17. (1) China Plate — 0
18. Artwork- Frost — 0
19. Artwork- Bottle — 0
20. Artwork- Old Lady — 0
21. (1) Oak Dresser — 10

**Room #2 (Closet):**

22. Misc Fishing equipment/ hunting equipment — 125

*P 1*
*Mama's*
*Room*
*table 10*
*chest 10*

**Room #3 Downstairs Bathroom:** = 0- value
**Room #4 Laundry Room:**
23. Bosh Nexxt Washer- Front Loader 500 Series ⎫ 50
24. Bosh Nexxt Dryer- Front Loader 500 Series ⎭

**Room#5 Mudroom** = 0-Value

**Room#6 Living Room:** *Family Room*
25. Rotel Power Amplifier RB 10-50
26. Sony 5 CD Changer RCDW300C
27. Sony Mega Storage CDP-CX455 400 CD
28. Electronic 312 Philips Record Player      *# 0 electronics.*
29. Pure AV- Power Supply                      *TV - 110*
30. Niles Sirius XM Modular Multi Room Receiver GXR2
31. I-Pod 30 GB
     SS#8K7Z3HDYV8K
32. I-Pod 30 GB                  *half and & 120*
     SS#8K62B8OTTXL
33. I-Pod 60GB                   *boat 150*
34. Oak (2) Drawer Chest *60*
35. Wooden Oak Side Stand *10*
36. Glass Wooden Coffee Table — *coffee table 30*
37. (1) Yellow (3) Seat Sofa *20*         *prop  50*
38. (3) Chairs
39. (1) Small Wooden Glass Table *0*

**Room #7 Dinning Room:** *(kitchen eating area*
40. (1) 6 Place Dining Room Table W/Chairs *10*
41. (2) Candle Holders Silver
42. (6) Drawer Buffet Table *25*
43. (1) Cocks Painting *10*

**Room #8 Kitchen:**
44. Kitchen Aide Professional 5 Plus Mixer  *25*
45. (3) Wooden Barstools W/ Backs

**Room #9 Sitting Room:** *Living Rm  #150*
46. (2) Wooden Chairs
47. Polished Silver Tea Set (4 pcs) - *silver plate*   *#40*
48. Wooden (5) Drawer Chest
49. Painting of Ships (2 prints)
50. (2) White Love Seats
51. (3) Wooden Chairs

34  FROM:HANSEN          14107586954

Contents -25
Barcograph- 25

52. (1) Large Wooden Circular Table W/lamp  75
53. (1) Wooden End Table W/ Lamp  20
54. (1) Mable Coffee Table  25
55. (1) Yamaha Piano (Claimed not owned by Debtors) 500 aact.
56. (2) Wooden Chairs – 20 each
57. Large Painting (red, brown, yellow)
58. Old Wooden Oak Table W/ Lamp  – 20
59. (2) Wooden Chinese Pictures

**Foyer:**
60. (1) Large Wooden Mirror  – 20
61. (1) Wooden Chest (4) Drawers  100
62. (2) Antique Chairs W/ Designs
63. (2) Pictures of Ships (1) Ocean (2) Dock
64. (2) Pictures of Floating Restaurants
65. (1) Old Man Painting in Old Wooden Frame  10
66. (1) Mountain Cabin Painting in Brass Frame
**Bedroom Hallway:** Master Bedroom
67. Old Wooden Chair
        (1) Mountain Painting
68. (1) House Painting in Brass Frame
69. (1) Circular Black (3) Legged Table

**Room 810 Office:**
70. 82" Sony Flat Screen TV  50
71. Leather Sofa
— Cherry Gun Cabinet
72. (1) Savage 22.Cal
    SS#01288094
73. (1) Savage 12 Gauge       25- electronics
    SS#69235289
74. (1) Browning 12 Gauge  $300
    SS#113MV11856
75. (1) WWII Japanese Sword
76. (1) Canon Pixma IP6600D Photo Printer
77. (1) HP Fax Machine 2140
78. (1) HP Printer PSC2355 All in One
79. Yamaha Surround Sound System RX397
80. Old Wooden Desk
81. Leather Desk Chair
82. (1) Dell Laptop
83. (1) Brass Boat Compass  75
84. (1) Fishing Painting "A Tense Moment"
85. (1) Horse Raisiry Paintings

— 86. (1) Lady In Race Car Picture

*Room #11 Gym:*  [handwritten]
87. 42" Toshiba Flat Screen TV
88. Set of Dumbbells Up to 50 lbs
89. Parabody Flat Bench W/ Leg Ext Machine
90. Life Fitness Treadmill T50
    SS#G33901014
91. Life Fitness Elliptical X-9
92. Life Fitness Stationary Bike R-1
    SS#BAS110702005940
93. Parabody Abs Machine
— 94. (1) Message Table
95. (1) Toshiba DVD Player

*Room #12 Basement:*
96. Flat Bench Parabody
97. (1) Olympic 45lb Bar       *150*
98. (2) 45lb Standard Weight Plates
99. (2) 35lb Standard Weight Plates
100. (2) 25lb Standard Weight Plates
101. (2) 10lb Standard Weight Plates
102. (2) 5lb Standard Weight Plates
103. (1) Weight Tree Holder
104. (1) TKO Heavy Bag
105. (1) Heavy Bag Stand

*Upstairs Hallway:*
106. Large Wooden Desk ←
107. (5) Drawer Wooden Chest
108. (1) Clown Painting

*Above Garage Room:*  - [handwritten] Rm.
109. (7) Drawer Dresser Wooden
110. (1) Small Wooden Chair          *$25*

*Above Garage Bedroom:*  Dr. RP2 RAv.
111. 32" Sharp Flat Screen TV  — 10
112. (1) Large Wooden Computer Desk  — 10
113. White Apple I-Book
    SS# UV1422F4LPV
114. (1) Dell Desktop Computer W/ Flat Screen Monitor

*Room #13 Living Room:*

5

Mstr Family Rm.

115. Sony SXRD 72" Flat Screen TV    — 110
116. Yamaha BD-A1010 Blueray Player    15

117. Definite Subamp 600
118. Monster Power HTS 2600 MK# Power Supply
119. NADT773 Surround Sound
120. 22" Bronze Propeller    — 50
121. (7) Boat Naval Plaques    — 120

Room # 14 Sitting Room Living Rm
122. Maxtant Barometer    — 25
123. Orange and white China Tea Set    — 2
124. C. Plath Seatant    — 25

Room #15 Up Stairs Bedroom    Kristi's Rm    Gur R
125. (1) Queen Bed    $200
126. (2) Night Stands
127. (1)DNSU Desk
128. (1) 3 Drawer Dresser w/ Mirror
129. (1) Chair with foot rest
130. (1) 3 Tier Shelf

Upstairs Ladderwell    $75 Farmtable
131. Antique Chest    — 175    desk
132. (1) 6 Drawer Dresser
133. (2) Chairs
134. (1) 3 Drawer Table

Upstairs Boys Room    Dukes Rm    — 25
135. Yamaha Keyboard
136. 6 Drawer Dresser
137. Misc. Weights/ Workout Equip.
138. (1) Sony CD Radio
                                      150 — Set
Dining Room
139. Dining room table w/ 8 chairs-wooden
140. Buffet table-wooden
141. 2 Additional dining chairs
142. Large Painting w/ 2 girls, tractor, farmhouse in painting
143. (3) Small Paintings, one w/ ship, one w/ building, one waterview
144. Lenox china + crystal set    3 $5 /box.
145. Copeland china set

Storage Rm - $50
Porch - $225                                    6

Master Bed Rm

### Left Rear Bedroom
146. Wooden Bed — 65
147. Tall wooden chest at foot of bed — 30
148. (2) Wooden end tables w/ lamp on each  20 each
149. 4 Drawer wooden dresser 200
150. (2) Sitting Chairs — 0
151. (1) Round table w/ lamp 60
152. Small coffee table w/ 3 drawers 50
153. Mirror on wall  30
154. Painting w/ workboat on water  0

### Rear Closet (Her Closet)
155. Drawer w/ miscellaneous jewelry + coins  —  25

### Closet (His Closet)
156. Fender Guitar (red)          —  0 Broken
157. Godin Mandolin (wooden)        50
158. Gibson 12 string acoustic guitar  150

### Staircase to Basement
159. Poster of Caddy Shack signed by Rodney Dangerfield — 300

Exercise Rm — 300

### Wine Cellar in Basement
160. Moet & Chandon       $300
161. (4) Chateau Turcaud 2011
162. Michael-Schlumberger 2003
163. Etcetera 2007
164. Rock Cairn 2003
165. Caymvs 2007, 2006
166. Atteca 2007
167. Napa Valley Cabernet Cornerstone Cellars 2007
168. Counterpoint 2005
169. Tres Ricos 2007
170. Zafrika 2010
171. Orleans Hall 2009
172. Pedroncelk 2005
173. (3) Chalk Hill 2003
174. Retsina
175. Martin Ray 2006
176. Hilary Goldschmidt 2007
177. Coonawarra 2000
178. Hollywood + Vine Cellars 2006
179. (2) Robert Foley 2009
180. Primus 2006

$50 -
10 ea

181. Black Swan 2008
182. Ramely 2006
183. Smoking Loon 2005
184. Vgna Alicia 2007
185. Fabre Montmayour 2007
186. Anna Maria Abbona 2006
187. (2)Las Rocas 2006
188. (3) Pomaine Chatenay 2011
189. Conn Valley Vineyards 2007
190. (6) Jenuta Di Castiglioni 2007
191. G.H. Mumm
192. Vevve Cliequot
193. (2) Chateau Comte Deuaugelas 2007
194. Armstrong Ridge
195. (12) Chateau De Sales 2005
196. (12) Clos De Los Siete 2007
197. White Pott Sandeman
198. Binhodo Larantia 1983
199. Correa Ribeiro 1937
200. W&J Grahams
201. (3) Chateau Talbot 2004
202. (3) Chateau Fontelos 2012
203. Mercurey Ler Cru 2001
204. James Cole 2005
205. Three Fox 2007
206. Hahn Estates 2007
207. Lucas Ulneyardo 2007
208. Redwood Creek 2008
209. Lucas 2009
210. (6) Jumilla Spain 2007
211. (3) Chateau Fontalos 2012
212. Poggio Al Sale 2007
213. (2) Domaine La Garrigue 2006
214. Chateau Pavie 1994
215. (2) Chateau Pavie 1990
216. Malbec Kirkland 2011
217. LeVolte 2006
218. Siro Pacenti 2007
219. Tuscany Giordano 2006
220. Cannubi Barolo 2000
221. Pegasus Bay 2009
222. Domaina Du Pas De L'tscalette 2006
223. Lote De Nuits-Villages 2005
224. (2) Chateau De Rrignal 2005

225. Domaine Serres Mazard 2003
226. Chateau Cruxeau 2005
227. Chateau Malmaison 2005
228. Chateau Cruxeau 2005
229. Chayelle St Amoux 2004
230. Clos Saint Michel 2005
231. (12) SGlverado Vineyards Savvignon
232. (12) Barbaresco
233. (3) Mt Gay Rum Eclipse

**Upstairs Center Bedroom 1**
234. Bed
235. (6) Drawer Dresser
236. (3) End Tables each with (1) Lamp
237. (1) Rocking Chair
238. (1) Stationary Chair

**Upstairs Sitting Room**
239. Yellow Sofa
240. (2) Floral Chairs
241. (1) 3 Drawer Dresser
242. (1) Wooden Chest
243. (1) Sony Television Approx. 35 inches
244. (1) Self Painting of Workboat
245. Rocking Horse
246. Model Ship
247. Metal/Ceramic Stand
248. (1) End table
249. (1) Dell computer w/ monitor 4550 D7WT421

**Bedroom 3**
250. Wooden Bed
251. (3)Nightstands w/ 1 lamp on each
252. 5 Drawer Wooden Dresser
253. (1) Wooden desk w/ chair
254. (1) Highback sitting chair
255. (4) Floral Pictures
256. (1) Sailboat Picture
257. (1) Painting Joanne Batch '37

                                    Total

9-13-2014

225. Domaine Serres Mazard 2003
226. Chateau Cruxeau 2005
227. Chateau Malmaison 2005
228. Chateau Cruxeau 2005
229. Chayelle St Amoux 2004
230. Clos Saint Michel 2005
231. (12) SGlverado Vineyards Savvignon
232. (12) Barbaresco
233. (3) Mt Gay Rum Eclipse

**Upstairs Center Bedroom 1**  *E-h 2 1 b r this Rm (yellow)*
234. Bed
235. (6) Drawer Dresser
236. (3) End Tables each with (1) Lamp  *$200*
237. (1) Rocking Chair
238. (1) Stationary Chair
**Upstairs Sitting Room**  *(playroom)*
239. Yellow Sofa
240. (2) Floral Chairs *o*
241. (1) 3 Drawer Dresser *o*
242. (1) Wooden Chest *$o*
243. (1) Sony Television Approx. 35 inches *o*
244. (1) Self Painting of Workboat *o*
245. Rocking Horse *o*
246. Model Ship *o*
247. Metal/Ceramic Stand *o*
248. (1) End table *o*
249. (1) Dell computer w/ monitor 4550 D7WT421 *o*
**Bedroom 3**  *Guest Bedroom*
250. Wooden Bed
251. (3)Nightstands w/ 1 lamp on each  *$200*
252. 5 Drawer Wooden Dresser
253. (1) Wooden desk w/ chair
254. (1) Highback sitting chair
255. (4) Floral Pictures
256. (1) Sailboat Picture
257. (1) Painting Joanne Batch '37

Total

9-13-2014

Personal Property Schedule -
valuations per Creditor Customers
Bank USA

Writ of Execution-Customers Bank VS Mary S Hansen & Stuart Hansen
17C1419067

*Levied Real Property*: 400 Black Duck Dr. Centreville, MD 21617

*Inventoried items:*
| | | |
|---|---|---|
| 1. | 26 Foot Regulator 26FS  W/ Twin Yamaha 2 stroke | $55,00.00 — sister in law holds title |
| | SS# DJI265391001 #MD9276CE | |
| 2. | Avon Rigid Wail Inflatable Boat W/Yamaha 15 motor W/ Sea Lion Boat | 3,000.00 |
| | SS# AVBO9559L697 #MD3820BG | |
| 3. | EZ Go Workhorse 1200LX Golf Cart | 800.00 |
| | SS#2025759 | |
| 4. | Southern States 2SG Sprayer #4/06 | 50.00 |
| | MOD#LG27-SS | |
| 5. | Craftsman LT2000 Mower | 250.00 |
| | SS#0S2205D002458 | |
| 6. | Ridgid 6,800 watt Generator | 600.00 |
| | SS#BMR1290037 | |
| 7. | Econo Kiln J18 | |
| | SS#41381 | 300.00 |
| 8. | 2006 Venture Dual Action Boat Trailer | 1,400.00 — sister in law |
| | SS#47GRR27227B00027 | |
| 9. | BMW- Blue in color | |
| | VIN#WBA3KSC59EF776205  MDREG# 7BM0628 | 30,000.00 — leased care |
| 10. | GMC 2500HD- Blue in color | |
| | VIN#1GT121E86BF143845  MDREG#5AK4934 | 42,000.00 |
| 11. | Kenmore- Refrigerator dual door black in color | |
| | SS#4A60201510 | 200.00 |
| 12. | 5FT GE Deep Freezer | 75.00 |

*Room #1 Next to Garage:*
| | | |
|---|---|---|
| 13. | Canon PC 1060 Printer | 30.00 |
| | SS#2TV40242 | |
| 14. | Dell Computer W/ Monitor | 200.00 |
| 15. | Dell Computer Tower | 100.00 |
| 16. | (1) Oak Table W/ Chair | |
| 17. | (1) China Plate | 15.00 |
| 18. | Artwork- Frost | |
| 19. | Artwork- Bottle | 75.00 |
| 20. | Artwork- Old Lady | 75.00 |
| 21. | (1) Oak Dresser | 125.00 |

*Room #2 (Closet):*
| | | |
|---|---|---|
| 22. | Misc Fishing equipment/ hunting equipment | 750.00 |

*Room #3 Downstairs Bathroom:* = 0- value
*Room #4 Laundry Room:*
23. Bosh Nexxt Washer- Front Loader 500 Series          800.00
24. Bosh Nexxt Dryer- Front Loader 500 Series           800.00

*Room#5 Mudroom:* = 0-Value

*Room#6 Living Room:*
25. Rotel Power Amplifier RB 10-50                    2,000.00**
26. Sony 5 CD Changer RCDW500C
27. Sony Mega Storage CDP-CX455 400 CD
28. Electronic 312 Philips Record Player
29. Pure AV- Power Supply
30. Niles Sirius XM Modular Multi Room Receiver GXR2
31. I-Pod 30 GB
     SS#8K723HDYV9K
32. I-Pod 30 GB
     SS#8K62880TTXL
33. I-Pod 60GB                                          100.00
34. Oak (2) Drawer Chest                                 75.00
35. Wooden Oak Side Stand                               50.00
36. Glass Wooden Coffee Table                           50.00
37. (1) Yellow (3) Seat Sofa                            800.00        1400
38. (3) Chairs                                        β 600.00
39. (1) Small Wooden Glass Table                        75.00

*Room #7 Dinning Room:*                    (Kitchen)
40. (1) 6 Place Dining Room Table W/Chairs            1,200.00
41. (2) Candle Holders Silver Nickel                    50.00
42. (6) Drawer Buffet Table                            800.00 ← chest i painte
43. (1) Cocks Painting                                  75.00

*Room #8 Kitchen:*
44. Kitchen Aide Professional S Plus Mixer            ⟨100.00⟩ e
45. (3) Wooden Barstools W/ Backs                      150.00

*Room #9 Sitting Room:*
46. (2) Wooden Chairs                                   200.00        appraised
47. Polished Silver Tea Set (4 pcs)                   1,600.00 — appraised
48. Wooden (5) Drawer Chest                           ⟨400.00⟩
49. Painting of Ships (2 prints)                      β400.00
50. (2) White Love Seats                               250.00
51. (3) Wooden Chairs                                  225.00

*handwritten left margin: Birth in #8 to be sold w/ hous*

(notation)

52. (1) Large Wooden Circular Table W/lamp      ฿200.00
53. (1) Wooden End Table W/ Lamp      ฿125.00
54. (1) Mable Coffee Table      ฿225.00 — *oldest owned by daughter*
55. (1) Yamaha Piano (Claimed not owned by Debtors)      10,000.00 — *owned by daughter*
56. (2) Wooden Chairs      150.00
57. Large Painting (red, brown, yellow)      150.00
58. Old Wooden Oak Table W/ Lamp      600.00
59. (2) Wooden Chinese Pictures      ฿125.00

*Foyer:*
60. (1) Large Wooden Mirror      200.00
61. (1) Wooden Chest (4) Drawers      ฿750.00
62. (2) Antique Chairs W/ Designs      250.00
63. (2) Pictures of Ships (1) Ocean (2) Dock      400.00
64. (2) Pictures of Floating Restaurants      200.00
- 65. (1) Old Man Painting in Old Wooden Frame      250.00
66. (1) Mountain Cabin Painting in Brass Frame      175.00
*Bedroom Hallway:*
67. Old Wooden Chair      75.00
        (1) Mountain Painting      225.00
68. (1) House Painting in Brass Frame      200.00
69. (1) Circular Black (3) Legged Table      350.00

*Room #10 Office:*
70. 32" Sony Flat Screen TV      250.00
71. Leather Sofa      600.00 (1)
        Cherry Gun Cabinet      800.00 — *Built-in-cabinet*
72. (1) Savage 22.Cal      150.00
        SS#01288094
73. (1) Savage 12 Gauge      200.00
        SS#6923S289
74. (1) Browning 12 Gauge      300.00
        SS#113MV118S6
75. (1) WWII Japanese Sword      225.00
76. (1) Canon Pixma IP6600D Photo Printer      50.00
77. (1) HP Fax Machine 2140      75.00
78. (1) HP Printer PSC23S5 All In One      125.00 — *Kristen Corona*
79. Yamaha Surround Sound System RX397      2,500.00
80. Old Wooden Desk      25.00
81. Leather Desk Chair      10.00
82. (1) Dell Laptop      300.00
83. (1) Brass Boat Compass      225.00
84. (1) Fishing Painting "A Tense Moment"      150.00
85. (1) Hoise Raisiry Paintings      200.00

86. (1) Lady In Race Car Picture                                    50.00 — *photo of staartfher mother*

*Room #11 Gym:*
87. 42" Toshiba Flat Screen TV                                      350.00
88. Set of Dumbbells Up to 50 lbs                                   500.00
89. Parabody Flat Bench W/ Leg Ext Machine                          300.00
90. Life Fitness Treadmill T50                                      400.00
    SS#633901014
91. Life Fitness Elliptical X-9                                     800.00
92. Life Fitness Stationary Bike R-1                                225.00
    SS#BAS110702006940
93. Parabody Abs Machine                                            150.00
94. (1) Message Table                                               75.00
95. (1) Toshiba DVD Player                                          15.00

*Room #12 Basement:*
96. Flat Bench Parabody                                             200.00
97. (1) Olympic 45lb Bar                                            200.00
98. (2) 45lb Standard Weight Plates                                 1,500.00**
99. (2) 35lb Standard Weight Plates
100. (2) 25lb Standard Weight Plates
101. (2) 10lb Standard Weight Plates
102. (2) 5lb Standard Weight Plates
103. (1) Weight Tree Holder                                         330.00
104. (1) TKO Heavy Bag                                              50.00
105. (1) Heavy Bag Stand                                            270.00

*Upstairs Hallway:*
106. Large Wooden Desk                                              225.00
107. (5) Drawer Wooden Chest                                        400.00
108. (1) Clown Painting                                             100.00

*Above Garage Room:*
109. (7) Drawer Dresser Wooden                                      50.00
110. (1) Small Wooden Chair                                         10.00

*Above Garage Bedroom:*
111. 32" Sharp Flat Screen TV                                       200.00
112. (1) Large Wooden Computer Desk                                 125.00
113. White Apple I-Book                                             200.00
     SS# UV1422F4LPY
114. (1) Dell Desktop Computer W/ Flat Screen Monitor               100.00

*Room #13 Living Room:*

| | |
|---|---|
| 115.  Sony SXRO 72" Flat Screen TV | 800.00 |
| 116.  Yamaha BD-A1010 Blueray Player | 75.00 |
| | |
| 117.  Definitne Subamp 600 | 400.00** |
| 118.  Monster Power HTS 2600 MK# Power Supply | |
| 119.  NADT773 Surround Sound | |
| 120.  22" Bronze Propeller | 325.00 |
| 121.  (7) Boat Naval Plaques | 700.00 |

**Room # 14 Sitting Room**

| | |
|---|---|
| 122.  Maxtant Baramoter | 900.00  - |
| 123.  Orange and white China Tea Set | 75.00 |
| 124.  C. Plath Seatant | 500.00 |

**Room #15 Up Stairs Bedroom )**

| | |
|---|---|
| 125.  (1) Queen Bed | 600.00 |
| 126.  (2) Night Stands | 150.00 |
| 127.  (1)DNSU Desk  — | 50.00 |
| 128.  (1) 3 Drawer Dresser w/ Mirror— | 75.00 |
| 129.  (1) Chair with foot rest | 125.00 |
| 130.  (1) 5 Tier Shelf | 75.00 |

**Upstairs Ladderwell**

| | |
|---|---|
| 131.  Antique Chest | 1,200.00 |
| 132.  (1) 6 Drawer Dresser | 75.00 ⁄ |
| 133.  (2) Chairs | 300.00 |
| 134.  (1) 3 Drawer Table | 175.00 |

**Upstairs Boys Room**

| | |
|---|---|
| 135.  Yamana Keyboard | 125.00 |
| 136.  6 Drawer Dresser | 30.00 |
| 137.  Misc. Weights/ Workout Equip. | 100.00 |
| 138.  (1) Sony CD Radio | 10.00 |

**Dining Room**

| | |
|---|---|
| 139.  Dining room table w/ 8 chairs-wooden | 2,200.00 |
| 140.  Buffet table-wooden   *Re producton* | B 800.00 • |
| 141.  2 Additional dining chairs | 200.00 |
| 142.  Large Painting w/ 2 girls, tractor, farmhouse in painting | 350.00 |
| 143.  (3) Small Paintings, one w/ ship, one w/ building, one waterview | 375.00 |
| 144.  Lenox china + crystal set | B 800.00 |
| 145.  Copeland china set | 500.00 |

**Left Rear Bedroom**

| | |
|---|---|
| 146. Wooden Bed | 400.00 |
| 147. Tall wooden chest at foot of bed | 600.00 |
| 148. (2) Wooden end tables w/ lamp on each | 250.00 |
| 149. 4 Drawer wooden dresser | 500.00 |
| 150. (2) Sitting Chairs | 300.00 |
| 151. (1) Round table w/ lamp | 125.00 |
| 152. Small coffee table w/ 3 drawers | 225.00 |
| 153. Mirror on wall | 200.00 |
| 154. Painting w/ workboat on water | 250.00 |

**Rear Closet (Her Closet)**

| | |
|---|---|
| 155. Drawer w/ miscellaneous jewelry + coins | 3,000.00 |

**Closet(His Closet)**

| | |
|---|---|
| 156. Fender Guitar (red) | 300.00 |
| 157. Godin Mandollin (wooden) | 75.00 |
| 158. Gibson 12 string acoustic guitar | 125.00 |

**Staircase to Basement**

| | |
|---|---|
| 159. Poster of Caddy Shack signed by Rodney Dangerfield | 1,000.00 |

**Wine Cellar in Basement** — 2,700.00 **

160. Moet & Chandon
161. (4) Chateau Turcaud 2011
162. Michael-Schlumberger 2003
163. Etcetera 2007
164. Rock Cairn 2003
165. Caymus 2007, 2006
166. Atteca 2007
167. Napa Valley Cabernet Cornestone Cellars 2007
168. Counterpoint 2005
169. Tres Ricos 2007
170. Zafrika 2010
171. Orleans Hall 2009
172. Pedroncelk 2005
173. (3) Chalk Hill 2003
174. Retsina
175. Martin Ray 2006
176. Hilary Goldschmidt 2007
177. Coonawarra 2000
178. Hollywood + Vine Cellars 2006
179. (2) Robert Foley 2009
180. Primus 2006

181. Black Swan 2008
182. Ramely 2006
183. Smoking Loon 2005
184. Vgna Alicia 2007
185. Fabre Montmayour 2007
186. Anna Maria Abbona 2006
187. (2)Las Rocas 2006
188. (3) Pomaine Chatenay 2011
189. Conn Valley Vineyards 2007
190. (6) Jenuta Di Castiglioni 2007
191. G.H. Mumm
192. Vevve Cliequot
193. (2) Chateau Comte Deuaugelas 2007
194. Armstrong Ridge
195. (12) Chateau De Sales 2005
196. (12) Clos De Los Siete 2007
197. White Pott Sandeman
198. Binhodo Larantia 1983
199. Correa Ribeiro 1937
200. W&J Grahams
201. (3) Chateau Talbot 2004
202. (3) Chateau Fontelos 2012
203. Mercurey Ler Cru 2001
204. James Cole 2005
205. Three Fox 2007
206. Hahn Estates 2007
207. Lucas Uineyardo 2007
208. Redwood Creek 2008
209. Lucas 2009
210. (6) Jumilla Spain 2007
211. (3) Chateau Fontalos 2012
212. Poggio Al Sale 2007
213. (2) Domaine La Garrigue 2006
214. Chateau Pavie 1994
215. (2) Chateau Pavie 1990
216. Malbec Kirkland 2011
217. LeVolte 2006
218. Siro Pacenti 2007
219. Tuscany Giordano 2006
220. Cannubi Barolo 2000
221. Pegasus Bay 2009
222. Domaina Du Pas De L'tscalette 2006
223. Lote De Nuits-Villages 2005
224. (2) Chateau De Rrignal 2005

225. Domaine Serres Mazard 2003
226. Chateau Cruxeau 2005
227. Chateau Malmaison 2005
228. Chateau Cruxeau 2005
229. Chayelle St Arnoux 2004
230. Clos Saint Michel 2005
231. (12) SGlverado Vineyards Savvignon
232. (12) Barbaresco
233. (3) Mt Gay Rum Eclipse

Upstairs Center Bedroom 1
234. Bed — 75.00 — Elizabeths
235. (6) Drawer Dresser — 75.00 — Elizabeths
236. (3) End Tables each with (1) Lamp — 25.00
237. (1) Rocking Chair — 10.00
238. (1) Stationary Chair — 10.00

Upstairs Sitting Room
239. Yellow Sofa — 150.00
240. (2) Floral Chairs — 300.00
241. (1) 3 Drawer Dresser — 700.00
242. (1) Wooden Chest — 75.00
243. (1) Sony Television Approx. 35 inches — 100.00
244. (1) Self Painting of Workboat — 150.00
245. Rocking Horse — 5.00
246. Model Ship — 250.00
247. Metal/Ceramic Stand — 25.00
248. (1) End table — 10.00
249. (1) Dell computer w/ monitor 4550 D7WT421 — 125.00

Bedroom 3
250. Wooden Bed — 150.00
251. (3)Nightstands w/ 1 lamp on each— 150.00
252. 5 Drawer Wooden Dresser — 125.00
253. (1) Wooden desk w/ chair — 75.00
254. (1) Highback sitting chair — 50.00
255. (4) Floral Pictures — 150.00
256. (1) Sailboat Picture — 50.00
257. (1) Painting Joanne Batch '37 — 175.00

Guest Room

Total — 198,665.00

The above is true to the best of my belief and knowledge of the inventory.

Thomas L. Trice          Date

B6C (Official Form 6C) (4/13)

.

In re    **Stuart Robert Hansen,**                  Case No.    **14-23744**
        **Mary Sue Hansen**

                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                 $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
   ☐ 11 U.S.C. §522(b)(2)                                        *with respect to cases commenced on or after the date of adjustment.)*
   ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Real Property** | | | |
| **Single Family: Primary Residence 6 Bedrooms, 7.5 Baths** <br> **Location: 400 Black Duck Drive, Centreville MD 21617** <br> **Zillow value as of 9/15/2014 = $3,050,000** <br> **Currently listed per realtor opinion of value = $3,250,000** <br> **Certified Appraisal on 8/1/14 = $3,150.00** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(2)** | **22,975.00** | **3,150,000.00** |
| **Cash on Hand** | | | |
| **cash in pocket** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **6.00** | **6.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Savings Account** <br> **Account Number: xxx-xx4594** <br> **Location: Deutsche Bank Alex. Brown, 1735 Market Street, 24th Floor, Philadelphia PA 19103** <br> **Value as of 8/31/2014** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **25.01** | **50.02** |
| **Checking Account** <br> **Account Number: xxxxxx6968** <br> **Location: Centreville National Bank, PO Box 400, Centreville National Bank 21417-0400** <br> **Balance as of 9/5/2014** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **1.50** | **2.97** |
| **Health Savings Account** <br> **Account Number: xxx-x-xx4674** <br> **Location: The Bancorp Bank HSA, 409 Silverside Road, Suite 105, Wilmington DE 19809** <br> **Balance as of 9/3/2014** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **604.00** | **1,208.23** |
| **Checking Account** <br> **Account Number: xxx-x-xx7767** <br> **Location: The Bancorp Bank HSA, 409 Silverside Road, Suite 105, Wilmington DE 19809** <br> **Balance as of 9/3/14** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **804.00** | **1,608.10** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit paid to BMW financial or car lease** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **1,750.00** | **3,500.00** |
| **Household Goods and Furnishings** | | | |
| **power sprayer** <br> **Valued by creditor's appraisal at $50** <br> **Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **12.50** | **50.00** |

   __6__   continuation sheets attached to Schedule of Property Claimed as Exempt

10/03/14 11:32PM

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Stuart Robert Hansen,**                                          Case No.    __14-23744__
         **Mary Sue Hansen**
                                                                ,
                                        Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Ridgid 6800 watt generator valued per appraisal at $450**<br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | 225.00 | 450.00 |
| **Household goods/furniture/furnishings/electronics valued per the personal property schedules attached** Kenmore 2-door fridge $150, Oak side-stand $35, wood/glass coffee table $40, Kitchen-Aid mixer $50, 5-drawer chest $200,  (2) ship prints $200, (2) white love seats $150, (3) wooden chairs $90, marble coffee table $100, 4-drawer wooden chest $300, (2) wooden Chinese pictures $50, 32" Sony flat screen tv $125, leather sofa $600, race car picture $50, large wooden desk $150, Yamaha blu-ray player $300, (7) boat naval plaques $350, antique chest $600, dinning rm table/8 chairs $1000, wooden buffet table $300, tractor/farmhouse painting $200, Lenox china & crystal set $200, wooden bed $100, tall wooden foot chest $200, (2) end tables/lamps $80, 4-drawer wooden dresser $300, (2) sitting chairs $100, round table/lamp $90, sm. coffee table/3 drawers $130, wall mirror $100, yellow sofa $75, (2) floral chairs $150, 3-drawer dresser $300, rocking horse $5, wooden bed $50, (3) nightstands/lamps $50, 5-drawer wooden chest $30, wooden desk/chair $25, highback sitting chair $10,<br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **"Household Goods" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)**<br><br>**"Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 1,000.00<br><br>2,517.00 | 7,035.00 |
| <u>**Books, Pictures and Other Art Objects; Collectibles**</u><br>Art Work/Pictures: Paintings, Pictures, Model Ship, Art Works, various collectibles, per the attached personal property schedules except for property specifically listed elsewhere in this schedule B , Location: 400 Black Duck Drive, Centreville MD 21617<br><br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **"Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 1,655.99 | 3,925.00 |
| **Collectibles: Wine Cellar and wine per the attached personal property schedules** Location: 400 Black Duck Drive, Centreville MD 21617<br><br>**Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | 750.00 | 1,500.00 |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Stuart Robert Hansen,**        Case No.   __14-23744__
       **Mary Sue Hansen**

                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| **All Clothing, Location: 400 Black Duck Drive, Centreville MD 21617** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **200.00** | **500.00** |
| **H = $200**<br>**W = $300** | | | |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Hobby: 10 Guitars/mandolins, Keyboard, fender amp.Valued per appraisal and attached personal property schedules** | **"Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** | **121.99** | **1,285.00** |
| **Location: 400 Black Duck Drive, Centreville MD 21617** | **"Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **1,163.01** | |
| **Subject to lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14 and debtors' avoidance** | | | |
| **Firearms: 2 Shotguns, Rifle Savage .22 cal. $150, Savage 12 ga.   $200, Browning 12 ga.  $300** | **"Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **650.00** | **650.00** |
| **Location:Debtor's residence** | | | |
| **Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | | | |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance, no cash value Policy Number: xxxxx2875 Location: Lincoln Financial, PO Box 21008, Greensboro NC 27420-1008** | **"Money Payable for death, injury, etc." (life insurance),Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2)** | **1.00** | **1.00** |
| **Term Life Insurance, no cash value Policy Number: xxxx3782 Location: Prudential Life Insurance Company** | **"Matured Life Insurance to Dependant" Md. Code Ann., Ins. § 16-111(a)** | **1.00** | **1.00** |
| **Term Life Insurance, no cash value Policy Number: xxxx3900 Location: Prudential Life Insurance Company** | **Md. Code Ann., Ins. § 16-111(a)** | **1.00** | **1.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement account Account Number: xxx-xx4586 Location: Deutsche Bank Alex. Brown, 1735 Market Street, 24th Floor, Philadelphia PA 19103 Value as of 6/30/2014** | **"Retirement" Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | **267,621.75** | **267,621.75** |

B6C (Official Form 6C) (4/13) - Cont.

| In re | Stuart Robert Hansen, | Case No. | 14-23744 |
|---|---|---|---|
|  | Mary Sue Hansen |  |  |

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| Husband and Wife, as tenants by the entirety, own 100% of the outstanding stock in Crossbow Trading LTD, a Penna. corporation which sells bulk paper supply to mfgs. Asset: R/E $0, A/R $0, Cash $28, Equip/Inv. $0 Liabilities: LT Debt$0, ST Debt$0, A/P$0, Payroll/Taxes/Current Ops$0 Book value as of 9/3/13 $28.00 | "Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 14.00 | 0.00 |
| **Accounts Receivable** | | | |
| I.O.U. from previous contractor | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 500.00 | 500.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Office: Printers, Computers, Fax Machine, Laptop, Apple I-Book, per the attached personal property schedule subject to lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14 | "Tools of Trade" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1) | 1,180.00 | 1,180.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Excersize equipment and golf cart utilized by doctor's orders - Golf cart, dumbells, treadmill, eliptical, free weights, massage table, various excersize equipment detailed on the attached Schedule of personal property Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(3) | 5,815.00 | 5,815.00 |

|  | Total: | 309,594.75 | 3,446,890.07 |
|---|---|---|---|

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

10/03/14 11:32PM

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Stuart Robert Hansen,**
      **Mary Sue Hansen**

Case No.   **14-23744**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Cash on Hand** | | | |
| cash in purse | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Savings Account<br>Account Number: xxx-xx4594<br>Location: Deutsche Bank Alex. Brown, 1735 Market Street, 24th Floor, Philadelphia PA 19103<br>Value as of 8/31/2014 | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 25.01 | 50.02 |
| Checking Account<br>Account Number: xxxxxx6968<br>Location: Centreville National Bank, PO Box 400, Centreville National Bank 21417-0400<br>Balance as of 9/5/2014 | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 1.47 | 2.97 |
| Health Savings Account<br>Account Number: xxx-x-xx4674<br>Location: The Bancorp Bank HSA, 409 Silverside Road, Suite 105, Wilmington DE 19809<br>Balance as of 9/3/2014 | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 604.23 | 1,208.23 |
| Checking Account<br>Account Number: xxx-x-xx7767<br>Location: The Bancorp Bank HSA, 409 Silverside Road, Suite 105, Wilmington DE 19809<br>Balance as of 9/3/14 | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 804.10 | 1,608.10 |
| Checking Account<br>Account Number: xxxxxx5530<br>Location: Wells Fargo Bank, N.A., 420 Montgomery Street, San Francisco CA 94104<br>Balance as of 8/31/2014 = $7.18<br>Wife owns jointly with one non-debtor. Stated value is wife's one-half interest | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 3.60 | 3.60 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security deposit paid to BMW financial or car lease | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 1,750.00 | 3,500.00 |
| **Household Goods and Furnishings** | | | |
| power sprayer<br>Valued by creditor's appraisal at $50<br>Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 12.50 | 50.00 |
| Ridgid 6800 watt generator valued per appraisal at $450<br>Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 225.00 | 450.00 |

Sheet  **4**  of  **6**  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re     **Stuart Robert Hansen,**                                                    Case No. _____**14-23744**_____
          **Mary Sue Hansen**
_____,
                                        Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household goods/furniture/furnishings/electronics valued per the personal property schedules attached** Kenmore 2-door fridge $150, Oak side-stand $35, wood/glass coffee table $40, Kitchen-Aid mixer $50, 5-drawer chest $200,  (2) ship prints $200, (2) white love seats $150, (3) wooden chairs $90, marble coffee table $100, 4-drawer wooden chest $300, (2) wooden Chinese pictures $50, 32" Sony flat screen tv $125, leather sofa $600, race car picture $50, large wooden desk $150, Yamaha blu-ray player $300, (7) boat naval plaques $350, antique chest $600, dinning rm table/8 chairs $1000, wooden buffet table $300, tractor/farmhouse painting $200, Lenox china & crystal set $200, wooden bed $100, tall wooden foot chest $200, (2) end tables/lamps $80, 4-drawer wooden dresser $300, (2) sitting chairs $100, round table/lamp $90, sm. coffee table/3 drawers $130, wall mirror $100, yellow sofa $75, (2) floral chairs $150, 3-drawer dresser $300, rocking horse $5, wooden bed $50, (3) nightstands/lamps $50, 5-drawer wooden chest $30, wooden desk/chair $25, highback sitting chair $10, Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance | "Household Goods" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) <br> "Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | **1,000.00** <br><br> **2,518.00** | **7,035.00** |
| **<u>Books, Pictures and Other Art Objects; Collectibles</u>** <br> **Art Work/Pictures: Paintings, Pictures, Model Ship, Art Works, various collectibles, per the attached personal property schedules except for property specifically listed elsewhere in this schedule B , Location: 400 Black Duck Drive, Centreville MD 21617** <br><br> **Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) <br> "Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | **460.09** <br><br> **1,502.41** | **3,925.00** |
| **Collectibles: Wine Cellar and wine per the attached personal property schedules Location: 400 Black Duck Drive, Centreville MD 21617** <br><br> **Subject to lien by Sheriff's levy to Customers Bank USA for $1,939,287.70 dated 6/16/14 and debtors' avoidance** | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | **750.00** | **1,500.00** |
| **<u>Wearing Apparel</u>** <br> **All Clothing, Location: 400 Black Duck Drive, Centreville MD 21617** <br><br> **H = $200** <br> **W = $300** | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | **300.00** | **500.00** |

Sheet ___**5**___ of ___**6**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Stuart Robert Hansen,**
      **Mary Sue Hansen**

Case No.  **14-23744**

                                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **Furs: Mink Fur Coat** | "Wildcard" Md. Code Ann., Cts. & | 100.00 | 100.00 |
| **Location: 400 Black Duck Drive, Centreville MD 21617** | Jud. Proc. § 11-504(b)(5) | | |
| **Additional jewelry per the attached personal property schedules valuation per pawn liquidation** | "Wildcard" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1,800.00 | 1,800.00 |
| **Location: 400 Black Duck Drive, Centreville MD 21617** | | | |
| **Subject to lien by Sheriff's levy to Customers Bank USA $1,939,287.70 dated 6/16/14** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement account** | "Retirement" Md. Code Ann., Cts. & | 88,522.51 | 88,522.51 |
| **Account Number: xxx-xx4578** | Jud. Proc. § 11-504(h) | | |
| **Location: Deutsche Bank Alex. Brown, 1735 Market Street, 24th Floor, Philadelphia PA 19103** | | | |
| **Value as of 8/31/2014** | | | |
| **Stock and Interests in Businesses** | | | |
| **Husband and Wife, as tenants by the entirety, own 100% of the outstanding stock in Crossbow Trading LTD,  a Penna. corporation which sells bulk paper supply to mfgs.** | "Personal Property" Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) | 14.00 | 0.00 |
| **Asset:  R/E $0, A/R $0, Cash $28,  Equip/Inv.  $0 Liabilities: LT Debt$0, ST Debt$0, A/P$0, Payroll/Taxes/Current Ops$0** | | | |
| **Book value as of 9/3/13  $28.00** | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Wife's pottery kiln** | "Tools of Trade" Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1) | 50.00 | 50.00 |

| | | Total: | 100,492.92 | 110,355.43 |
|---|---|---|---|---|

Sheet   **6**   of   **6**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re     **Stuart Robert Hansen,**
       **Mary Sue Hansen**
                                         ,       Case No.    **14-23744**
                               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxx8485**<br><br>**Ally Financial**<br>**PO Box 380902**<br>**Bloomington, IN 55438-0902** | | | J | **8/31/2011**<br>**Purchase Money Security**<br>**Auto: 2011 GMC Sierra 1500 Extended Cab**<br>**Location: 400 Black Duck Drive, Centreville MD 21617**<br>**KBB Fair Trade-In value as of 9/18/2014**<br>**Subject to the first lien of Ally Financial** | | | | | |
| | | | | Value $         15,889.00 | | | | 20,890.00 | 5,001.00 |
| Account No. **xxxxxxxxx0803**<br><br>**Chase**<br>**PO Box 901037**<br>**Ft Worth, TX 76101-2037** | | | W | **10/22/12**<br>**Purchase Money Security**<br>**Auto: 2013 Subaru Outback**<br>**Location: 400 Black Duck Drive, Centreville MD 21617**<br>**KBB Fair Trade-In value as of 9/18/2014**<br>**Wife owns jointly with non-debtor son** | | | | | |
| | | | | Value $         16,144.00 | | | | 18,820.00 | 2,676.00 |
| Account No. **xxx6236**<br><br>**Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** | X | | J | **4/17/2008**<br>**Second Mortgage**<br>**Single Family: Primary Residence 6 Bedrooms, 7.5 Baths**<br>**Location: 400 Black Duck Drive, Centreville MD 21617**<br>**Zillow value as of 9/15/2014 = $3,050,000**<br>**Currently listed per realtor opinion of** | | | | | |
| | | | | Value $         3,150,000.00 | | | | 366,722.00 | 0.00 |
| Account No.<br><br>**Marc E. Shach, Esq.**<br>**Coon and Cole LLC**<br>**401 Washington Avenue Suite 501**<br>**Towson, MD 21204** | | | | **Representing:**<br>**Customers Bank USA** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
|    **4**    continuation sheets attached | Subtotal<br>(Total of this page) | 406,432.00          7,677.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Stuart Robert Hansen,**
     **Mary Sue Hansen,**

                                     Debtors

Case No.    **14-23744**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community  DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Phillip D. Berger, Esq. Berger Law Group P.C. 11 Elliott Ave. Suite 100 Bryn Mawr, PA 19010** | | | Representing: **Customers Bank USA** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Zachary J.A. Coon Coon and Cole LLC 401 Washington Avenue Suite 501 Towson, MD 21204** | | | Representing: **Customers Bank USA** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxx5137** | | | 10/3/2007 **Third Mortgage Single Family: Primary Residence 6 Bedrooms, 7.5 Baths Location: 400 Black Duck Drive, Centreville MD 21617 Zillow value as of 9/15/2014 = $3,050,000 Currently listed per realtor opinion of** | | | | | |
| **Customers Bank USA 99 Bridge Street Phoenixville, PA 19460** | X | J | | | | | | |
| | | | Value $        **3,150,000.00** | | | | **68,238.08** | **0.00** |
| Account No. | | | | | | | | |
| **Marc E. Shach, Esq. Coon and Cole LLC 401 Washington Avenue Suite 501 Towson, MD 21204** | | | Representing: **Customers Bank USA** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Phillip D. Berger, Esq. Berger Law Group P.C. 11 Elliott Ave. Suite 100 Bryn Mawr, PA 19010** | | | Representing: **Customers Bank USA** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **68,238.08** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Stuart Robert Hansen,**
     **Mary Sue Hansen**

                                     **Debtors**,

Case No.    **14-23744**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>**Zachary J.A. Coon**<br>**Coon and Cole LLC**<br>**401 Washington Avenue Suite 501**<br>**Towson, MD 21204** | | | | **Representing:**<br>**Customers Bank USA** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No.<br><br>**Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** | X | W | W | **5/29/2009**<br>**Second Mortgage - estimated balace**<br>**Commercial Property**<br>**Location: 13 East Central Avenue, Paoli,**<br>**PA 19301**<br>**may be under sale contract for $430k**<br>**Transferred 6/14** | | | | | |
| | | | | Value $       **430,000.00** | | | | **1,858,294.64** | **1,813,294.64** |
| Account No.<br><br>**Marc E. Shach, Esq.**<br>**Coon and Cole LLC**<br>**401 Washington Avenue Suite 501**<br>**Towson, MD 21204** | | | | **Representing:**<br>**Customers Bank USA** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No.<br><br>**Phillip D. Berger, Esq.**<br>**Berger Law Group P.C.**<br>**11 Elliott Ave.**<br>**Suite 100**<br>**Bryn Mawr, PA 19010** | | | | **Representing:**<br>**Customers Bank USA** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No.<br><br>**Zachary J.A. Coon**<br>**Coon and Cole LLC**<br>**401 Washington Avenue Suite 501**<br>**Towson, MD 21204** | | | | **Representing:**<br>**Customers Bank USA** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet  **2**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**1,858,294.64**      **1,813,294.64**

B6D (Official Form 6D) (12/07) - Cont.

In re **Stuart Robert Hansen,**
      **Mary Sue Hansen,**

                         Debtors

Case No.   **14-23744**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 12/21/2000 | | | | | |
| **Customers Bank USA** **99 Bridge Street** **Phoenixville, PA 19460** | X | W | W | | **First Mortgage - estimated balance** **Commercial Property** **Location: 13 East Central Avenue, Paoli, PA 19301** **may be under sale contract for $430k** **Transferred 6/14** | | | | | |
| | | | | | Value $        **430,000.00** | | | | **385,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| **Marc E. Shach, Esq.** **Coon and Cole LLC** **401 Washington Avenue Suite 501** **Towson, MD 21204** | | | | | **Representing:** **Customers Bank USA** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **Phillip D. Berger, Esq.** **Berger Law Group P.C.** **11 Elliott Ave.** **Suite 100** **Bryn Mawr, PA 19010** | | | | | **Representing:** **Customers Bank USA** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **Zachary J.A. Coon** **Coon and Cole LLC** **401 Washington Avenue Suite 501** **Towson, MD 21204** | | | | | **Representing:** **Customers Bank USA** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | Judgment Lien | | | | | |
| **Customers Bank USA** **99 Bridge Street** **Phoenixville, PA 19460** | X | W | W | | **Commercial Property** **Location: 13 East Central Avenue, Paoli, PA 19301** **may be under sale contract for $430k** **Transferred 6/14** | | | | | |
| | | | | | Value $        **430,000.00** | | | | **1,939,287.70** | **1,939,287.70** |

Sheet  **3**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | **2,324,287.70** | **1,939,287.70** |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Stuart Robert Hansen,**
       **Mary Sue Hansen**

Case No. ___**14-23744**___

_____,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Marc E. Shach, Esq. Coon and Cole LLC 401 Washington Avenue Suite 501 Towson, MD 21204 | | | Representing: Customers Bank USA | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| Phillip D. Berger, Esq. Berger Law Group P.C. 11 Elliott Ave. Suite 100 Bryn Mawr, PA 19010 | | | Representing: Customers Bank USA | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| Zachary J.A. Coon Coon and Cole LLC 401 Washington Avenue Suite 501 Towson, MD 21204 | | | Representing: Customers Bank USA | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | 1/12/2007 Fourth Mortgage Single Family: Primary Residence 6 Bedrooms, 7.5 Baths Location: 400 Black Duck Drive, Centreville MD 21617 ALSO, 2001 26'boat, Jewelry identified on Schedule B. | | | | | |
| Roslyn K. Hansen 1161 Brian's Way Wayne, PA 19087 | | J | | | | | | |
| | | | Value $         3,150,000.00 | | | | **105,000.00** | **0.00** |
| Account No. **xxxxxx6647** | | | 5/9/2007 First Mortgage Single Family: Primary Residence 6 Bedrooms, 7.5 Baths Location: 400 Black Duck Drive, Centreville MD 21617 Zillow value as of 9/15/2014 = $3,050,000 Currently listed per realtor opinion of | | | | | |
| Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 | | J | | | | | | |
| | | | Value $         3,150,000.00 | | | | **1,641,557.00** | **0.00** |

Sheet ___**4**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **1,746,557.00** | **0.00** |
| Total (Report on Summary of Schedules) | **6,403,809.42** | **3,760,259.34** |

B6E (Official Form 6E) (4/13)

.

In re    **Stuart Robert Hansen,**
         **Mary Sue Hansen,**

Case No. ___**14-23744**_____

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

___1____ continuation sheets attached

10/03/14 11:32PM

B6E (Official Form 6E) (4/13) - Cont.

In re   **Stuart Robert Hansen,**
        **Mary Sue Hansen**

Case No.    **14-23744**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Unknown possible tax liability | | | | | |
| **Comptroller of the Treasury Compliance Division Room 409 301 Preston Street Baltimore, MD 21201** | | | J | | | | | | | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | unknown possible tax liability | | | | | |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346** | | | J | | | | | | | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | unknown possible tax liability | | | | | |
| **Pennsylvania Department of Revenue Bankruptcy Division Dept. 280946 Harrisburg, PA 17128** | | | J | | | | | | | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 0.00     0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 0.00     0.00 |

B6F (Official Form 6F) (12/07)

In re  **Stuart Robert Hansen,**
       **Mary Sue Hansen**

Case No. ___**14-23744**___

_____
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx0030**<br><br>**A.S. Turner and Sons**<br>**PO Box 4000**<br>**Decatur, GA 30031** | | W | | | **1/13/2009**<br>**Installment Account** | | | | 5,869.98 |
| Account No. **xxxx xxxxxxx 5001**<br><br>**American Express**<br>**PO Box 981537**<br>**El paso, TX 79998** | | J | | | **4/1/1978**<br>**Revolving Account** | | | | 1,320.04 |
| Account No. **xxxx xxxxxxx 2003**<br><br>**American Express**<br>**PO Box 981537**<br>**El paso, TX 79998** | | H | | | **4/1/1978**<br>**Revolving Account** | | | | 500.95 |
| Account No. **xxxx xxxx xxxx 3832**<br><br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | | H | | | **2/18/1997**<br>**Revolving Account** | | | | 37,074.00 |

| | |
|---|---|
| __3__   continuation sheets attached | Subtotal<br>(Total of this page) |
| | 44,764.97 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Robert Hansen,**               Case No.   **14-23744**
      **Mary Sue Hansen,**

                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xxxx xxxx 1500**<br><br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | | W | | **1/1/2006**<br>**Revolving Account** | | | | **12,087.99** |
| Account No. **5291 4973 4760 xxxx**<br><br>**Capital One Bank USA N.A.**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | | H | | **9/25/2003**<br>**Revolving Account** | | | | **17,116.00** |
| Account No. **xxxx xxxx xxxx 3280**<br><br>**Capital One Bank USA N.A./GM**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | | | J | **1/20/2011**<br>**Revolving Account** | | | | **3,712.00** |
| Account No. **xxxx xxxx xxxx 8426**<br><br>**Comenity Bank/J. Crew**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | W | | **9/1/2011**<br>**Revolving Account** | | | | **1,179.72** |
| Account No.<br><br>**Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** | X | | J | **12/16/13**<br>**Ovedraft balance on corporate account to the extent of any personal liability** | | | | **988.65** |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,084.36**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Robert Hansen,**
     **Mary Sue Hansen,**

Case No. **14-23744**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Marc E. Shach, Esq.** <br> **Coon and Cole LLC** <br> **401 Washington Avenue Suite 501** <br> **Towson, MD 21204** | | | | Representing: <br> **Customers Bank USA** | | | | **Notice Only** |
| Account No. <br><br> **Phillip D. Berger, Esq.** <br> **Berger Law Group P.C.** <br> **11 Elliott Ave.** <br> **Suite 100** <br> **Bryn Mawr, PA 19010** | | | | Representing: <br> **Customers Bank USA** | | | | **Notice Only** |
| Account No. <br><br> **Zachary J.A. Coon** <br> **Coon and Cole LLC** <br> **401 Washington Avenue Suite 501** <br> **Towson, MD 21204** | | | | Representing: <br> **Customers Bank USA** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 9542** <br><br> **Exxon Mobil/Citibank** <br> **PO Box 6497** <br> **Sioux Falls, SD 57117** | | H | | 5/21/1979 <br> **Revolving Account** | | | | **10.00** |
| Account No. <br><br> **Fellows, Helfenbein & Newman** <br> **Funeral Hm** <br> **130 Speer Road** <br> **Chestertown, MD 21620** | | W | | Services Bill | | | | **1,100.00** |

| Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **1,110.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart Robert Hansen,**
　　　　**Mary Sue Hansen,**

Case No. __**14-23744**__

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hansen Paper Co.,**<br>**13 East Central Avenue**<br>**Paoli, PA 19301** | | J | **Loan from Business plus all liabilities related to stock ownership, directorship, and or partner liability** | | | X | **782,189.00** |
| Account No.<br><br>**Lincoln Paper and Tissue, LLC**<br>**50 Katahdin Ave.**<br>**Lincoln, ME 04457** | | J | **Trade debt to the extent of personal liability** | | | X | **1,714,924.67** |
| Account No.<br><br>**Michael A. Fagone, Esq.**<br>**Bernstein, Shur, Sawyer & Nelson, PA**<br>**100 Middle St.**<br>**PO Box 9729**<br>**Portland, ME 04101** | | | **Representing:**<br>**Lincoln Paper and Tissue, LLC** | | | | **Notice Only** |
| Account No.<br><br>**Rainer and Co.**<br>**2 Campus Blvd.**<br>**Suite 220**<br>**Newtown Square, PA 19073-3270** | | J | **accounting services bill** | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. __**3**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **2,497,113.67**

Total (Report on Summary of Schedules) | **2,578,073.00**

B6G (Official Form 6G) (12/07)

.

In re    **Stuart Robert Hansen,**
      **Mary Sue Hansen**

Case No.    **14-23744**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Otto's BMW**<br>**1275 Wilmington Pike**<br>**West Chester, PA 19382** | **Automobile Lease: 2014 BMW 328XDT**<br>**Date Signed: 6/27/2014**<br>**Date Expires: 6/2017**<br>**Attemped lien  by Sheriff's levy to Customers**<br>**Bank USA $1,939,287.70 dated 6/16/14** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Stuart Robert Hansen,**                              Case No.    **14-23744**

          **Mary Sue Hansen**

                                   Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hansen Paper Co.**<br>**13 East Central Avenue**<br>**Paoli, PA 19301** | **Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** |
| **Hansen Paper Co.**<br>**13 East Central Avenue**<br>**Paoli, PA 19301** | **Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** |
| **Hansen Paper Co.**<br>**13 East Central Avenue**<br>**Paoli, PA 19301** | **Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** |
| **Hansen Paper Co.**<br>**13 East Central Avenue**<br>**Paoli, PA 19301** | **Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** |
| **Hansen Paper Co.**<br>**13 East Central Avenue**<br>**Paoli, PA 19301** | **Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** |
| **Hansen Paper Co.**<br>**13 East Central Avenue**<br>**Paoli, PA 19301** | **Customers Bank USA**<br>**99 Bridge Street**<br>**Phoenixville, PA 19460** |
| **Michael Vadasz**<br>**1275 Wilmington Pike**<br>**West Chester, PA 19382** | **Otto's BMW**<br>**1275 Wilmington Pike**<br>**West Chester, PA 19382** |

   **0**

_____ continuation sheets attached to Schedule of Codebtors

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Stuart Robert Hansen** |
| Debtor 2 (Spouse, if filing) | **Mary Sue Hansen** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (If known) | **14-23744** |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                    12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Owner | |
| Employer's name | Crossbow Trading, Ltd. | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $        0.00 | $        0.00 |

Debtor 1  **Stuart Robert Hansen**
Debtor 2  **Mary Sue Hansen**                                                                    Case number (*if known*)  **14-23744**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ........................................................................ | 4. | $ _____ 0.00 | $ _____ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ 0.00 | $ _____ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ 0.00 | $ _____ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ 0.00 | $ _____ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ 0.00 | $ _____ 0.00 |
| | 5e. **Insurance** | 5e. | $ _____ 0.00 | $ _____ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ _____ 0.00 | $ _____ 0.00 |
| | 5g. **Union dues** | 5g. | $ _____ 0.00 | $ _____ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ _____ 0.00 + | $ _____ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ _____ 0.00 | $ _____ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ 0.00 | $ _____ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ 448.29 | $ _____ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ _____ 0.00 | $ _____ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ 0.00 | $ _____ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ _____ 0.00 | $ _____ 0.00 |
| | 8e. **Social Security** | 8e. | $ _____ 0.00 | $ _____ 288.70 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ 0.00 | $ _____ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ _____ 0.00 | $ _____ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ _____ 0.00 + | $ _____ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ _____ 448.29 | $ _____ 288.70 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 448.29 + $ 288.70 = $ 736.99 | |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. | +$ _____ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ _____ 736.99 **Combined monthly income** | |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** ☐ No. ■ Yes. Explain: | | | |

> Debtor expect his profits from Crossbow Trading to increase. The average monthly net income on line 8.a. is the net of company's monthly average gross income of $12,875.64 adn the company's average gross expenses of $12,427 all of which is identified in the post to Form B22.

| Fill in this information to identify your case: | | Check if this is: |
|---|---|---|

Debtor 1           **Stuart Robert Hansen**

Debtor 2           **Mary Sue Hansen**
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number    **14-23744**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

# Official Form B 6J
# Schedule J: Your Expenses                                                        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**        ■ No

    Do not list Debtor 1 and              ☐ Yes. Fill out this information for
    Debtor 2.                                     each dependent..........

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include
    expenses of people other than
    yourself and your dependents?**        ■ No
                                                          ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

| | Your expenses |
|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage payments
    and any rent for the ground or lot.                                                                    4.  $              2,000.00

    **If not included in line 4:**

    4a.    Real estate taxes                                                                                     4a.  $                    0.00
    4b.    Property, homeowner's, or renter's insurance                                           4b.  $                  50.00
    4c.    Home maintenance, repair, and upkeep expenses                                     4c.  $                100.00
    4d.    Homeowner's association or condominium dues                                       4d.  $                    0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans        5.   $                    0.00

| Debtor 1 | **Stuart Robert Hansen** | | |
|---|---|---|---|
| Debtor 2 | **Mary Sue Hansen** | Case number (if known) | **14-23744** |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a.  $ | 450.00 |
| | 6b. | Water, sewer, garbage collection | 6b.  $ | 15.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | 150.00 |
| | 6d. | Other. Specify: | 6d.  $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7.  $ | 750.00 |
| 8. | **Childcare and children's education costs** | | 8.  $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9.  $ | 100.00 |
| 10. | **Personal care products and services** | | 10.  $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11.  $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12.  $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13.  $ | 120.00 |
| 14. | **Charitable contributions and religious donations** | | 14.  $ | 50.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a.  $ | 560.00 |
| | 15b. | Health insurance | 15b.  $ | 450.00 |
| | 15c. | Vehicle insurance | 15c.  $ | 275.00 |
| | 15d. | Other insurance. Specify:   **Disability** | 15d.  $ | 60.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16.  $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a.  $ | 835.60 |
| | 17b. | Car payments for Vehicle 2 | 17b.  $ | 485.00 |
| | 17c. | Other. Specify:   **Car Payment 3** | 17c.  $ | 413.00 |
| | 17d. | Other. Specify: | 17d.  $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | | 18.  $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | | 19.  $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a.  $ | 0.00 |
| | 20b. | Real estate taxes | 20b.  $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c.  $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d.  $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e.  $ | 0.00 |
| 21. | **Other:** Specify: | | 21.  +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22.  $ | 7,713.60 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | 736.99 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b.  -$ | 7,713.60 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ | -6,976.61 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes. Explain: | **1 - Debtors' real estate is listed for sale.  Debtors expect a decrease of their monthly ownership expenses to that listed on line 4. - 4d. The current expense is in excess of $10k per month.**

**2- Debtors' expenses for utilities, groceries, clothing, transportation, and recreation are all projected expenses based on a reduced-income lifestyle.**

10/03/14 11:32PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   **Stuart Robert Hansen**
        **Mary Sue Hansen**

Case No.   **14-23744**

                                    Debtor(s)

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October  3, 2014**

Signature   **/s/ Stuart Robert Hansen**
            **Stuart Robert Hansen**
            Debtor

Date   **October  3, 2014**

Signature   **/s/ Mary Sue Hansen**
            **Mary Sue Hansen**
            Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.