IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| STUART ROBERT HANSEN | * | Case No. 14-23744 |
| MARY SUE HANSEN, | | Chapter 7 |
| | * | |
| Debtors. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT:

Please be advised that it appears there will be assets available for disbursement to creditors in the bankruptcy case of Stuart Robert Hansen and Mary Sue Hansen.  Therefore, pursuant to Bankruptcy Rule 3002(c)(5), please issue notice to creditors establishing a deadline for claims to be filed.

  /S/ Monique D. Almy
Monique D. Almy, Bar No. 04479
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Flr.
Washington, DC  20004
(202) 508-8749
Chapter 7 Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of October, 2014, a copy of the foregoing Notice regarding assets was sent via first class mail, postage prepaid to:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

George R. Roles, Esquire
Russack Associates, LLC
100 Severn Avenue, Suite 101
Annapolis, MD  21403
Counsel to Debtors

Marc E. Shach, Esquire
Coon & Cole, LLC
401 Washington Avenue, Suite 501
Towson, MD  21204

29437619.1

2

William A. Grafton, Esquire
406 East Joppa Road
Towson, MD  21286

Stuart R. Hansen
Mary S. Hansen
400 Black Duck Drive
Centreville, MD  21617

      /S/ Monique D. Almy_____
      Monique D. Almy