United States Bankruptcy Court
District of Maryland

In re:                                                                      Case No. 14-23744-TJC
Stuart Robert Hansen                                                        Chapter 7
Mary Sue Hansen
        Debtors
# CERTIFICATE OF NOTICE

District/off: 0416-1           User: admin                  Page 1 of 3                   Date Rcvd: Oct 15, 2014
                               Form ID: ntcfilpc            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
```
db/db         +Stuart Robert Hansen,    Mary Sue Hansen,    400 Black Duck Drive,    Centreville, MD 21617-2731
cr            +Customers Bank,   C/O Coon & Cole, LLC,    401 Washington Ave.,    Suite 501,
                Sparks, MD 21204-4838
cr            +Roslyn Hansen,   c/o Grafton Firm, LLC,    406 East Joppa Road,    Towson, MD 21286-5401
28930668      +A.S. Turner and Sons,    PO Box 4000,   Decatur, GA 30031-4000
28930674       Chase,   PO Box 901037,    Ft Worth, TX 76101-2037
28930676      +Comptroller of the Treasury,    Compliance Division Room 409,    301 Preston Street,
                Baltimore, MD 21201-2305
28886916      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                Baltimore, MD 21201-2305
28930677      +Customers Bank USA,    99 Bridge Street,   Phoenixville, PA 19460-3411
28930679      +Fellows, Helfenbein & Newman Funeral Hm,    130 Speer Road,    Chestertown, MD 21620-1037
28930683      +Lincoln Paper and Tissue, LLC,    50 Katahdin Ave.,    Lincoln, ME 04457-1307
28930684      +Marc E. Shach, Esq.,    Coon and Cole LLC,   401 Washington Avenue Suite 501,
                Towson, MD 21204-4838
28930685      +Michael A. Fagone, Esq.,    Bernstein, Shur, Sawyer & Nelson, PA,    100 Middle St.,
                PO Box 9729,   Portland, ME 04104-5029
28930686      +Michael Vadasz,    1275 Wilmington Pike,   West Chester, PA 19382-8446
28930687      +Otto's BMW,   1275 Wilmington Pike,    West Chester, PA 19382-8446
28930688      +Pennsylvania Department of Revenue,    Bankruptcy Division,    Dept. 280946,
                Harrisburg, PA 17128-0001
28930689      +Phillip D. Berger, Esq.,    Berger Law Group P.C.,    11 Elliott Ave.,    Suite 100,
                Bryn Mawr, PA 19010-3407
28886914      +Queen Anne's County Finance Office,    Attn: Real Estate Tax Department,    107 N. Liberty Street,
                Centreville, MD 21617-1048
28930690       Rainer and Co.,    2 Campus Blvd.,   Suite 220,    Newtown Square, PA 19073-3270
28886694      +Roslyn Hansen,    1161 Brian's Way,   Wayne, PA 19087-2239
28930691      +Roslyn K. Hansen,    1161 Brian's Way,   Wayne, PA 19087-2239
28886915      +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2201
28886695       Wells Fargo Home Mortgage,    PO Box 11701,   Newark, NJ 07101-4701
28886696      +Zachary J.A. Coon,    Coon and Cole LLC,   401 Washington Avenue Suite 501,
                Towson, MD 21204-4838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QMDALMY.COM Oct 15 2014 20:18:00      Monique D. Almy,    Crowell & Moring,
                1001 Pennsylvania Avenue, N.W., 10th Fl,    Washington, DC  20004-2595
28930669       EDI: GMACFS.COM Oct 15 2014 20:18:00      Ally Financial,    PO Box 380902,
                Bloomington, IN 55438-0902
28886683      +EDI: GMACFS.COM Oct 15 2014 20:18:00      Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
28930670      +EDI: AMEREXPR.COM Oct 15 2014 20:18:00      American Express,    PO Box 981537,
                El paso, TX 79998-1537
28886684      +EDI: AMEREXPR.COM Oct 15 2014 20:18:00      Amex,   Po Box 297871,
                Fort Lauderdale, FL 33329-7871
28930671      +EDI: BANKAMER.COM Oct 15 2014 20:18:00      Bank of America,    PO Box 982235,
                El Paso, TX 79998
28886685       EDI: BANKAMER.COM Oct 15 2014 20:18:00      Bk Of Amer,    Po Box 982235,   El Paso, TX 79998
28886686       EDI: BMW.COM Oct 15 2014 20:18:00      Bmw Financial Services,    5515 Parkcenter Cir,
                Dublin, OH 43017
28886687      +EDI: CAPITALONE.COM Oct 15 2014 20:18:00      Cap One,    26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3438
28886688       EDI: CAPITALONE.COM Oct 15 2014 20:18:00      Capital One Bank (USA), NA,    P.O. Box 71083,
                Charlotte, NC 28272-1083
28930672      +EDI: CAPITALONE.COM Oct 15 2014 20:18:00      Capital One Bank USA N.A.,    PO Box 30281,
                Salt Lake City, UT 84130-0281
28930673      +EDI: CAPITALONE.COM Oct 15 2014 20:18:00      Capital One Bank USA N.A./GM,    PO Box 30281,
                Salt Lake City, UT 84130-0281
28886689      +EDI: CHASE.COM Oct 15 2014 20:18:00      Chase,    PO Box 15153,   Wilmington, DE 19850-5153
28930675      +EDI: WFNNB.COM Oct 15 2014 20:18:00      Comenity Bank/J. Crew,    PO Box 182789,
                Columbus, OH 43218-2789
28886690      +EDI: WFNNB.COM Oct 15 2014 20:18:00      Comenity Bank/Jcrewinc,    Po Box 182789,
                Columbus, OH 43218-2789
28886691      +E-mail/Text: tleaper@customersbank.com Oct 15 2014 20:26:10      Customers Bank,
                99 Bridge Street,    Phoenixville, PA 19460-3411
28886692      +EDI: CITICORP.COM Oct 15 2014 20:18:00      Exxmblciti,    Po Box 6497,
                Sioux Falls, SD 57117-6497
28930678      +EDI: CITICORP.COM Oct 15 2014 20:18:00      Exxon Mobil/Citibank,    PO Box 6497,
                Sioux Falls, SD 57117-6497
28930682       EDI: IRS.COM Oct 15 2014 20:18:00      Internal Revenue Service,    Centralized Insolvency Ops,
                PO Box 7346,   Philadelphia, PA 19101-7346
28930692      +EDI: WFFC.COM Oct 15 2014 20:18:00      Wells Fargo Home Mortgage,    PO Box 10335,
                Des Moines, IA 50306-0335
```

```
District/off: 0416-1           User: admin               Page 2 of 3              Date Rcvd: Oct 15, 2014
                               Form ID: ntcfilpc         Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                  TOTAL: 20

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28886693         Hansen Paper Co.,,   INVALID ADDRESS PROVIDED
28931762*       +A.S. Turner and Sons,   PO Box 4000,   Decatur, GA 30031-4000
28931763*        Ally Financial,   PO Box 380902,   Bloomington, IN 55438-0902
28931764*       +American Express,   PO Box 981537,   El paso, TX 79998-1537
28931765*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
28931766*       +Capital One Bank USA N.A.,   PO Box 30281,   Salt Lake City, UT 84130-0281
28931767*       +Capital One Bank USA N.A./GM,   PO Box 30281,   Salt Lake City, UT 84130-0281
28931768*        Chase,   PO Box 901037,   Ft Worth, TX 76101-2037
28931769*       +Comenity Bank/J. Crew,   PO Box 182789,   Columbus, OH 43218-2789
28931770*       +Comptroller of the Treasury,   Compliance Division Room 409,   301 Preston Street,
                  Baltimore, MD 21201-2305
28931771*       +Customers Bank USA,   99 Bridge Street,   Phoenixville, PA 19460-3411
28931746*       +Exxon Mobil/Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
28931747*       +Fellows, Helfenbein & Newman Funeral Hm,   130 Speer Road,   Chestertown, MD 21620-1037
28931748*       +Hansen Paper Co.,   13 East Central Avenue,   Paoli, PA 19301-1383
28930681*       +Hansen Paper Co.,,   13 East Central Avenue,   Paoli, PA 19301-1383
28931749*       +Hansen Paper Co.,,   13 East Central Avenue,   Paoli, PA 19301-1383
28931750*        Internal Revenue Service,   Centralized Insolvency Ops,   PO Box 7346,
                  Philadelphia, PA 19101-7346
28931751*       +Lincoln Paper and Tissue, LLC,   50 Katahdin Ave.,   Lincoln, ME 04457-1307
28931752*       +Marc E. Shach, Esq.,   Coon and Cole LLC,   401 Washington Avenue Suite 501,
                  Towson, MD 21204-4838
28931753*       +Michael A. Fagone, Esq.,   Bernstein, Shur, Sawyer & Nelson, PA,   100 Middle St.,
                  PO Box 9729,   Portland, ME 04104-5029
28931754*       +Michael Vadasz,   1275 Wilmington Pike,   West Chester, PA 19382-8446
28931755*       +Otto's BMW,   1275 Wilmington Pike,   West Chester, PA 19382-8446
28931756*       +Pennsylvania Department of Revenue,   Bankruptcy Division,   Dept. 280946,
                  Harrisburg, PA 17128-0001
28931757*       +Phillip D. Berger, Esq.,   Berger Law Group P.C.,   11 Elliott Ave.,   Suite 100,
                  Bryn Mawr, PA 19010-3407
28931758*        Rainer and Co.,   2 Campus Blvd.,   Suite 220,   Newtown Square, PA 19073-3270
28931759*       +Roslyn K. Hansen,   1161 Brian's Way,   Wayne, PA 19087-2239
28931760*       +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
28930693*       +Zachary J.A. Coon,   Coon and Cole LLC,   401 Washington Avenue Suite 501,
                  Towson, MD 21204-4838
28931761*       +Zachary J.A. Coon,   Coon and Cole LLC,   401 Washington Avenue Suite 501,
                  Towson, MD 21204-4838
28930680        ##+Hansen Paper Co.,   13 East Central Avenue,   Paoli, PA 19301-1383
                                                                              TOTALS: 1, * 28, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2014 at the address(es) listed below:
              George R. Roles    george@russacklaw.com,   bk@russacklaw.com,tate@russacklaw.com,
               lori@russacklaw.com,tate@ecf.inforuptcy.com,george@ecf.inforuptcy.com
              Marc E. Shach    mshach@ccclaw.net,    mshach@comcast.net,cccoon@ccclaw.net,ccasler@ccclaw.net,
               cherman@ccclaw.net,davidhcole@ccclaw.net
              Monique D. Almy    malmytrustee@crowell.com,   cbest@crowell.com,malmy@ecf.epiqsystems.com

```
District/off: 0416-1           User: admin                 Page 3 of 3                  Date Rcvd: Oct 15, 2014
                               Form ID: ntcfilpc           Total Noticed: 43

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A Grafton    graftonfirmecf@gmail.com,    wgrafton@graftonfirm.com
                                                                                            TOTAL: 4
```

Form ntcfilpc (10/05)

# UNITED STATES BANKRUPTCY COURT

District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.:   14−23744    Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stuart Robert Hansen<br>*debtor has no known aliases*<br>400 Black Duck Drive<br>Centreville, MD 21617 | Mary Sue Hansen<br>*debtor has no known aliases*<br>400 Black Duck Drive<br>Centreville, MD 21617 |
| Social Security No.:   xxx−xx−0982 | xxx−xx−4496 |
| Employer's Tax I.D. No.: | |

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

*Notice is Given That:*

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since the notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:   1/13/15.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. A claim may be filed in the office of the clerk of the bankruptcy court on an official form prescribed for as the proof of claim. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

   There is no fee for filing a proof of claim.

*Any creditor who has filed a proof of claim already need NOT file another proof of claim.*

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office.

Dated: 10/15/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, admin