

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

---

In re:   Case No.:   14–23744 – TJC   Chapter:   7

| | |
|---|---|
| Stuart Robert Hansen<br>400 Black Duck Drive<br>Centreville, MD 21617 | Mary Sue Hansen<br>400 Black Duck Drive<br>Centreville, MD 21617 |

---

## ORDER APPROVING
## <u>REAFFIRMATION AGREEMENT</u>

This matter is before the Court upon the reaffirmation agreement between the Debtor(s) and Roslyn Hanson. After hearing thereon, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the reaffirmation agreement is approved.


cc:   Debtor(s)
      Attorney for Debtor(s) – George R. Roles
      Chapter 7 Trustee – Monique D. Almy
      U.S. Trustee
      Reaffirmation Agreement Creditor – Roslyn Hanson

**End of Order**

34.1 – *rhester*