# Russack Associates, LLC

100 Severn Avenue Suite 101

Annapolis, MD 21403

Phone:   |   Fax:

Account Statement

Prepared for Stuart and Mary Sue Hansen

Re: Hansen Stuart and Mary Sue CH 11 Conversion

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $26,513.38 |
| New Balance | $26,513.38 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $26,513.38 |

# Russack Associates, LLC

100 Severn Avenue Suite 101

Annapolis, MD 21403

Phone:   |   Fax:

## INVOICE

Stuart and Mary Sue Hansen
400 Black Duck Dr.
Centreville, MD 21617
United States

Invoice Date: November 17, 2015
Invoice Number: 11759
Invoice Amount: $26,513.38

## Matter: Hansen Stuart and Mary Sue CH 11 Conversion

**Attorney's Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 7/2/2015 | mby facilitate interview with Dina B and TMR for Sale of property | M.Y. | .40 | $80.00 |
| 7/10/2015 | CBR CH11 Trust accounting | T.M.R. | .20 | $85.00 |
| 7/10/2015 | mby reveiw case for deadlines determine consult with geo before filing extension | M.Y. | .50 | $100.00 |
| 7/13/2015 | GRR - respond to clients emails (3) regarding case procedures and lease payments | D.S. | .30 | $97.50 |
| 7/14/2015 | Call with S Hansen re: all phases of the case going forward - resolved new realtor - received instructions to terminate old realtor - discussed asset sales - and reviewed 341 meeting issues | T.M.R. | 1.35 | $573.75 |
| 7/14/2015 | Call with three realtors re: interviewed them for background sufficient to list and sale Hansen property | T.M.R. | 2.10 | $892.50 |
| 7/14/2015 | Follow up call with Day Weitzman re: listing Hansen property | T.M.R. | .50 | $212.50 |
| 7/14/2015 | Call with buyer for boat ; research boat value and send to Stuart for listing | T.M.R. | .85 | $361.25 |
| 7/14/2015 | Call and email to D Dypsky to terminate his representation of the Debtor. | T.M.R. | .50 | $212.50 |
| 7/16/2015 | LW:  Phone call to client re: fax; Email to GRR. | D.S. | .20 | $35.00 |
| 7/16/2015 | Receive and review Boat pics and forward same to potential buyer for boat | T.M.R. | .60 | $255.00 |
| 7/16/2015 | Call with client to review open case issues and disciuss realtor for employment | T.M.R. | 1.00 | $425.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 7/20/2015 | GRR - staff conference with TMR re requirements to sell collateral with lienholder's consent | T.M.R. | .25 | $81.25 |
| 7/20/2015 | GRR - rough draft of motion to sell boat with 4 exhibits (1.3) and rough drat of emergency motion to shorten time re motion to sell boat (.35) | T.M.R. | 1.65 | $536.25 |
| 7/20/2015 | Traveled to Debtor's residence and showed boat to potential buyer | T.M.R. | 3.50 | $1,487.50 |
| 7/20/2015 | Negotiated with buyer for contract on boat; 5 emails back and forth to buyer and Debtor; agreement on sale reached | T.M.R. | 1.60 | $680.00 |
| 7/20/2015 | call and email exchange with Debtor on Sale of boat and lien by Roslyn | T.M.R. | .50 | $212.50 |
| 7/20/2015 | Review sale with GRR who then prepared initial draft of sale motion; reviewed sale motion | T.M.R. | .50 | $212.50 |
| 7/20/2015 | GRR - staff conference with TMR re avoiding Customer's judgment liens | T.M.R. | .35 | $113.75 |
| 7/20/2015 | GRR - first draft of motion to avoid preferential liens re Customers bank with 3 exhibits | T.M.R. | 1.75 | $568.75 |
| 7/21/2015 | GRR - email and call with Roslyn (creditor)'s counsel re consent to motion to sell boat and balance due on claim | D.S. | .20 | $65.00 |
| 7/21/2015 | Call with Client to discuss survey of the boat for sale | T.M.R. | .30 | $127.50 |
| 7/21/2015 | Call with J Chiochetti to discuss survey issues with boat sale | T.M.R. | .20 | $85.00 |
| 7/22/2015 | GRR - Final draft of motions to sell boat and shorten time, with notice of motions, 4 exhibits, and certificate of service (1.75), Service of Motions (1.0) | T.M.R. | 2.75 | $893.75 |
| 7/22/2015 | GRR - draft, file and serve amended notice of Motion to Sell Boat with shortened and expedited deadlines | T.M.R. | .40 | $130.00 |
| 7/27/2015 | GRR - email exchanges (3) with Creditor's counsel (Roslyn Hansen) re consent to boat sale and balance on debt | T.M.R. | .25 | $81.25 |
| 7/27/2015 | meeting with the Debtors to review all open issues | T.M.R. | 1.00 | $425.00 |
| 7/27/2015 | GRR - phone call with court to resolve split docket b/w Greenbelt (motion to sell) and Baltimore (341 and IDI) on the same date | D.S. | .25 | $81.25 |
| 7/27/2015 | GRR - follow up email to UST office regarding status of split case docket for 8/5/15 341, IDI, and hearing | T.M.R. | .10 | $32.50 |
| 7/27/2015 | mby docket idi per tmr | M.Y. | .20 | $40.00 |
| 7/28/2015 | mby call bancorp to determine if DIP can be set up, Bank did not understand question, called US Trustee's office IDI documents will be coming in next day or two | M.Y. | .75 | $150.00 |
| 8/3/2015 | GRR - phone calls with Attorneys Grafton, Milz, and Lorenz (on behalf of Roslyn Hansen), re Roslyn's secured position in the yacht | D.S. | .50 | $162.50 |
| 8/3/2015 | GRR - review lien law as it relates to boat liens, what is exempt, and method of perfection | D.S. | .30 | $97.50 |
| 8/3/2015 | GRR - prep file and serve Debtors' List of 20 | T.M.R. | .50 | $162.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | Largest Unsecured Creditors | | | |
| 8/3/2015 | mby work with client to obtain idi documents | M.Y. | .75 | $150.00 |
| 8/3/2015 | mby call to Mary Ann Elliot for Brokerage information message to tmr to contact client an confirm listing incorporate Realtor into App to employ send out affidavit to listing agent for her boker to sing | M.Y. | 1.75 | $350.00 |
| 8/3/2015 | mby obtain auction information from tate scan and file bring down app to employ language from previous case begin preparation of app to employ auctioneer draft | M.Y. | .50 | $100.00 |
| 8/3/2015 | 2 calls with Stuart to review issues with boat sale liens.; 2 calls to other related attorneys to review issues with creditor lien on boat. | T.M.R. | 1.20 | $510.00 |
| 8/4/2015 | GRR - email exchange with Atty Grafton re tomorrow's hearing on the motion to sell the boat. | T.M.R. | .10 | $32.50 |
| 8/4/2015 | GRR - phone calls with atty Schach and TMR regarding status of tomorrow's hearing on motion to sell | T.M.R. | .20 | $65.00 |
| 8/4/2015 | mby idi document collection calls with insurance agent receipt of emails with bank documents calls with client regard income print and prep of binder | M.Y. | 1.75 | $350.00 |
| 8/4/2015 | mby prep of auctioneer employ contact Alex Cooper email statement receive compensation breakdown incorporate into pleading discuss the placement of how to pay the appraisal | M.Y. | 2.20 | $440.00 |
| 8/5/2015 | Attend 341 Meeting of Creditors and Initial Debtors interview<br>Travel billed at 1/2 normal rate | T.M.R. | 3.00 | $1,275.00 |
| 8/5/2015 | Attend Motion to Sell Hearing on Customers Bank Objection.<br>Travel billed at 1/2 normal hourly rate. | T.M.R. | 2.00 | $850.00 |
| 8/5/2015 | Prepare for hearing on motion to sell. | T.M.R. | 1.00 | $425.00 |
| 8/5/2015 | mby complete auctioneer pleading for tmr review | M.Y. | .50 | $100.00 |
| 8/5/2015 | mby litigation binder | M.Y. | 1.75 | $350.00 |
| 8/6/2015 | GRR - review and revise applications to employ (2) | T.M.R. | 1.00 | $325.00 |
| 8/7/2015 | GRR - email exchanges (2) with Roslyn's Penna counsel re Order to sell boat and the boat's title | T.M.R. | .20 | $65.00 |
| 8/10/2015 | DAS-- Prepared draft of bill of sale and coast guard bill of sale. Reviewed documents for preparation of sale documents. Prepared e-mail to TMR regarding questions. | D.S. | 1.40 | $455.00 |
| 8/11/2015 | DAS--Received message and phone call from buyer regarding boat settlement. Prepared follow up e-mails to TMR. | D.S. | .20 | $65.00 |
| 8/11/2015 | mby contact client to come in to sign boat documents | M.Y. | .20 | $40.00 |
| 8/11/2015 | DAS--finalized details on boat sale with buyer, TMR and sellers. Prepared final documents. | D.S. | .50 | $162.50 |
| 8/12/2015 | mby finalized, prepared and filed motions to employ realtor and auctioneer in Hansen | M.Y. | 1.75 | $350.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 8/12/2015 | mby met with John C. and facilitated signature on bill of sale received cashiers check and copied all for John to take with him.  contacted hansens and requested the title for the trailer | M.Y. | .75 | $150.00 |
| 8/13/2015 | mby notary duty for sale of boat | M.Y. | .40 | $80.00 |
| 8/13/2015 | DAS-- Reviewed documents. Met with clients and purchaser to finalize sale. | D.S. | .50 | $162.50 |
| 8/19/2015 | mby receive request for 2014 taxes from client and email them to the client | M.Y. | .40 | $80.00 |
| 8/21/2015 | GRR - staff conference with TMR re: need to rescind Roslyn Hansen Reaffirmation (.1); Draft Line Rescinding Reaffirmation and circulate to TMR and clients | G.R.R. | .30 | $97.50 |
| 8/24/2015 | File and prep service re: rescission of reaffirmation with Roslyn Hansen | G.R.R. | .20 | $65.00 |
| 8/24/2015 | LW:  Copied and mailed Line. | D.S. | 1.00 | $175.00 |
| 8/24/2015 | Call with Zach Coon re: discussion about case claims and possible settlement as well as boat loan proceeds | T.M.R. | 1.20 | $510.00 |
| 8/24/2015 | mby call client and inform about operating reports find reports and send via email | M.Y. | .40 | $80.00 |
| 8/27/2015 | mby meet with client to go over monthly operating report requirements | M.Y. | .75 | $150.00 |
| 8/27/2015 | mby field check snafu made out to wrong person | M.Y. | .30 | $60.00 |
| 8/28/2015 | review Roslyn's motion and brief to determine secured status | G.R.R. | .40 | $130.00 |
| 8/28/2015 | mby receive and review monthly operating report relay new payment information from tmr | M.Y. | .75 | $150.00 |
| 8/28/2015 | Call with client re: Check for boat and associated issues with the way it is made out; call to John C concerning same; text to both with numbers to coordinate the reissuing of check | T.M.R. | .60 | $255.00 |
| 8/28/2015 | 3 Calls with Will Grafton re: negotiating settlement of the boat funds; call to Zach Coon re: same; email to Zach Coon re; accepting his offer for distribution of the boat funds; call with client to sort out new payments | T.M.R. | 1.30 | $552.50 |
| 8/28/2015 | Review of the Roslyn Hansen Brief on her lien status on the boat funds. | T.M.R. | .65 | $276.25 |
| 8/31/2015 | mby review and file operating report | M.Y. | .50 | $100.00 |
| 8/31/2015 | mby communicate with buyer of boat for renewal of check | M.Y. | .20 | $40.00 |
| 8/31/2015 | mby receive and review notice of closure of wells fargo hsa account print and scan into file | M.Y. | .30 | $60.00 |
| 9/15/2015 | Review email from client | T.M.R. | .10 | $42.50 |
| 9/15/2015 | draft consent order re secured status of Roslyn Hansen | G.R.R. | .40 | $130.00 |
| 9/16/2015 | start draft of first Chapter 11 fee application | G.R.R. | .40 | $130.00 |
| 9/17/2015 | complete draft of first fee application | G.R.R. | .70 | $227.50 |
| 9/17/2015 | Review of the First interim fee application, re-draft for filing; review of the pre-bill for First Interim fee | T.M.R. | 1.00 | $425.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | application | | | |
| 9/18/2015 | Review the consent order and re-draft with GRR; review consent order draft from Marc Shach and re-draft final with GRR | T.M.R. | .65 | $276.25 |
| 9/18/2015 | collaborate with TMR to review and revise consent order with Customers Bank and Roslyn Hansen | G.R.R. | .65 | $211.25 |
| 9/22/2015 | phone call and email to opposing counsel consenting to final revisions of consent order re Roslyn Hansen | G.R.R. | .15 | $48.75 |
| 9/22/2015 | Review correspondence and respond to client | T.M.R. | .20 | $85.00 |
| 9/22/2015 | Review clients monthly operating report for August and all attachments. | T.M.R. | .65 | $276.25 |
| 9/22/2015 | review 4 emails re: boat funds consent to distribution order. | T.M.R. | .40 | $170.00 |
| 9/23/2015 | Call with client to discuss Blue Cross Blue Shield collection issue | T.M.R. | .30 | $127.50 |
| 9/29/2015 | Review the August Monthly operating report for filing in sept. | T.M.R. | .60 | $255.00 |
| 10/5/2015 | Prep and file notice of stipulation and opportunity to object re sale of the boat and proceeds therefrom | G.R.R. | .75 | $243.75 |
| 10/5/2015 | Call with Marc Shack re: Extension of time to file dischargability challenge; discussion of settlement; review and sign motion to extend | T.M.R. | .70 | $297.50 |
| 10/6/2015 | full staff conference re case status, motions pending, and plan strategy | G.R.R. | .10 | $32.50 |
| 10/6/2015 | Conference call with client to review details of Debtor progress on rents of property, sale of lots infrastructure of lots, financing of the companies expenses(2.3); call with G Baily on Infrastructure installation details (.4) | T.M.R. | 2.70 | $1,147.50 |
| 10/6/2015 | Review of case with staff; created strategy and assigned tasks to complete | T.M.R. | .40 | $170.00 |
| 10/6/2015 | Call with client | T.M.R. | .30 | $127.50 |
| 10/14/2015 | Call with Stuart Hansen re: current case issues. | T.M.R. | .60 | $255.00 |
| 10/14/2015 | draft motion to extend exclusivity periods | G.R.R. | 2.10 | $682.50 |
| 10/16/2015 | Review wells Fargo Claim as filed with exhibits | T.M.R. | .75 | $318.75 |
| 10/16/2015 | Review the Law suit from Customers bank in order to commence settlement discussions | T.M.R. | 1.20 | $510.00 |
| 10/21/2015 | Review and update monthly operating report | T.M.R. | .65 | $276.25 |
| 10/21/2015 | Review three emails from client re: documents required and related questions. | T.M.R. | .60 | $255.00 |
| 10/21/2015 | mby operating report to tmr for review recieve back with instruction to file | M.Y. | .40 | $80.00 |
| SUBTOTAL: | | | 76.60 | $26,191.25 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 7/22/2015 | GRR - service costs-copies 880 qty - envelopes 22 re Motions to Sell Boat and Shorten Time | $224.40 |
| 7/22/2015 | GRR - service costs postage of Motions to Sell boat and Shorten Time | $41.60 |
| 7/22/2015 | GRR - service costs for amended notice of motion to sell boat 20 qty copies, envelopes, and stamps | $16.80 |

| | | |
|---|---|---:|
| 8/24/2015 | LW:  Copies of Line (27 x .20) | $5.40 |
| 8/24/2015 | LW:  Postage (27 x .49) | $13.23 |
| 10/5/2015 | cost of notice mail | $20.70 |
| SUBTOTAL: | | $322.13 |

TOTAL $26,513.38

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $26,513.38