UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| | * |
| Stuart Robert Hansen | *   Case No: 14-23744 |
| Mary Sue Hansen | *   Chapter 11 |
| Debtors | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MONTHLY OPERATING REPORT**

Debtors by and through their attorney George R. Roles, Russack Associates LLC hereby submits for the period of March 2015 the attached monthly operating report.

Respectfully Submitted

/s/George R. Roles
George R. Roles, Esq., Bar #18371
Russack Associates LLC
100 Severn Avenue, Suite 101
Annapolis MD 21403
(410) 505-4150 office
(410) 510-1390 fax
george@russacklaw.com
*Counsel for Debtors/Applicants*

**Certification of Service**

I hereby certify that on this 2nd day of June 2016 a copy of, copies of the foregoing Operating Report filed in the above-captioned matter this same date, to all parties who are a registered CM/ECF participant who has consented to electronic notice such that the Notice of Electronic Filing indicates that Notice was electronically mailed to said party: **Service will be electronically provided to:**

Colin James Casler cjc@cooncolelaw.com, ccc@cooncolelaw.com, dhc@cooncolelaw.com, zjac@cooncolelaw.com, mes@cooncolelaw.com William A Grafton, grafton@graftonfirm.com, graftonfirmecf@gmail.com, Katherine A. (UST) Levin Katherine.A.Levin@usdoj.gov, brenda.b.wilmore@usdoj.gov, Marc E. Shach , mes@cooncolelaw.com, clh@cooncolelaw.com,
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

/s/George R. Roles
George R. Roles, Esq., Bar #18371